

STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
Hart Post

RICK SNYDER
GOVERNOR

COL. KRISTE KIBBEY ETUE
DIRECTOR

Monday, Nov 13 2017

Mr. John Heykoop
Eagle Towing
10255 Old Highway 31
Montague, MI 49437

Re: Hart Post No Preference Wrecker List

Dr. Mr. Heykoop,

Please be advised that as of this date, Monday November 13 2017, Eagle Towing is being removed from the No Preference Wrecker list for the Hart Post. This is due to the quality and type of service that Eagle Towing has provided within the Hart Post are.

Sincerely,

F/Lt Jeffrey White