
1255 OLD US HWY 31
MONTAGUE, MI 49437
7016 0910 0002 1155 6011
U.S. POSTAGE PAID
MONTAGUE, MI
49437
MAR 01, 18
AMOUNT
$3.95
R2305K138611-11
1000
49341
REF 3-5
CAPTAIN ROESLER
345 NORTHLAND DR NE
NIXIE 482 CE 1 2203/11/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
REF
BC: 49437958255 *1264-08384-01-42
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $
Postage $0.50
Total Postage and Fees $3.95
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
Postmark Here
FEB 28 2018
03/01/2018
USPS 49437
MONTAGUE, MI
7016 0910 0002 1155 6028
7016 0910 0002 1155 6011



CERTIFIED MAIL
LE TOWING
5 OLD US HWY 31
TAGUE, MI 49437
7016 0910 0002 1155 5908
UNITED STATES POSTAL SERVICE
1000
49341
U.S. POSTAGE PAID
MONTAGUE, MI
49437
MAR 01, 18
AMOUNT
$3.95
R2305K138611-11
UNC
Ref 3-5
2nd 3-10
Ret 3-20
LT McINTIRE
345 NORTHLAND DR NE
NIXIE 492 CE 1 2203/22/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
UNC
BC: 49437958255 *1364-03481-01-42

**Eagle Towing**
**10255 US HWY 31**
**Montague, MI 49437**
**231-894-5424**

**02/21/2018**

To whom it may concern,

Pursuant to Michigan State Police Order 48 Eagle Towing is requesting placement on your Agency's non-preference list for the Northern Muskegon County area and North Muskegon area including Holton. Our Montague location at 10255 US HWY 31 Montague, MI 49437 is able to service both locations in a timely matter. Per the Order signed by the Director of the State Police I am requesting form UD-041 so I may be able to meet your criteria and send in the required information.

Respectfully,

John Heykoop

**Eagle Towing**
**10255 US HWY 31**
**Montague, MI 49437**
**231-894-5424**

**02/21/2018**

To whom it may concern,

Pursuant to Michigan State Police Order 48 Eagle Towing is requesting placement on your Agency's non-preference list for the southern Oceana County non-preference area, our Shelby location located at 152 First St. Shelby, MI 49455 will be able to service that area in a timely manner. Per the Order signed by the Director of the State Police I am requesting form UD-041 so I may be able to meet your criteria and send in the required information.

Respectfully,

John Heykoop

**Eagle Towing**
**10255 US HWY 31**
**Montague, MI 49437**
**231-894-5424**

**03/01/2018**

Captain Roesler,

Pursuant to Michigan State Police Order 48 Eagle Towing is requesting placement on your Agency's non-preference list for the Northern Muskegon County area, North Muskegon area including Holton and Oceana County's southern non-preference area. Our Montague and Shelby locations will be able to service those areas in a timely matter. Per the Order signed by the Director of the State Police I am requesting form UD-041 so I may be able to meet your criteria and send in the required information.

Respectfully,

John Heykoop

**Eagle Towing**
**10255 US HWY 31**
**Montague, MI 49437**
**231-894-5424**

**03/01/2018**

To whom it may concern,

Pursuant to Michigan State Police Order 48 Eagle Towing is requesting placement on your Agency's non-preference list for the Northern Muskegon County area and North Muskegon area including Holton. Our Montague location at 10255 US HWY 31 Montague, MI 49437 is able to service both locations in a timely matter. Per the Order signed by the Director of the State Police I am requesting form UD-041 so I may be able to meet your criteria and send in the required information.

Respectfully,

John Heykoop

**Eagle Towing**
**10255 US HWY 31**
**Montague, MI 49437**
**231-894-5424**

**03/01/2018**

To whom it may concern,

Pursuant to Michigan State Police Order 48 Eagle Towing is requesting placement on your Agency's non-preference list for the southern Oceana County non-preference area, our Shelby location located at 152 First St. Shelby, MI 49455 will be able to service that area in a timely manner. Per the Order signed by the Director of the State Police I am requesting form UD-041 so I may be able to meet your criteria and send in the required information.

Respectfully,

John Heykoop