**John Brennan**

| | |
|---|---|
| **From:** | Andrew Heykoop <andrew@eagletowing.us> |
| **Sent:** | Wednesday, March 28, 2018 4:49 PM |
| **To:** | Christopher McIntire, (MSP); EtueK@michigan.gov; kanitzm@michigan.gov; roeslerd5 @michigan.gov; whitej25@michigan.gov; John Brennan; Tom Siver; whitejj@michigan.gov |
| **Subject:** | Request for non-preference list |
| **Attachments:** | State Police Packet.pdf; CCF03162018_00001.pdf; CCF03282018_00001.pdf; Request for Placement on Non-Preference list.eml; Request for placement on Non-Preference List.eml; TruckInspections.pdf |

Work Site commanders

For the Hart Post and Rockford Post please see attached documents for Eagle Towing placement on the non preference list for the respected areas.

Original documents have been sent to each work site.


Andrew Heykoop
Eagle Towing
Operations Manager
231-736-9821-Cell
231-354-7045-Direct Extension
231-894-5424-24HR Dispatch

CONFIDENTIALITY NOTICE: This e-mail, including any attachments is the property of Eagle Towing and is intended for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

UD-41 (04/07)
**MICHIGAN DEPARTMENT OF STATE POLICE**

## REQUIREMENTS FOR WRECKER SERVICES TO CONTRACT
## OR BE PLACED ON NO-PREFERENCE WRECKER CALL LIST

Wrecker services interested in working with the Michigan State Police shall agree to abide by the following requirements for the duration of their association with the department. Failure to comply with all of these requirements may be cause for termination of the contract or removal from the no-preference wrecker call list as provided in Official Order No. 124.

1. The wrecker service shall neither conceal nor misrepresent any material facts when applying for or performing services under this agreement.

2. The wrecker service shall be legally established as a towing business (i.e., registered with the County Clerk as an assumed name business, or registered with the State of Michigan as a corporation) with operations within the post area.

   A. Post office box numbers shall not be accepted.

   B. All necessary equipment and storage facilities shall be located in the area to be served. Exceptions may be made for specialized equipment needs, as dictated by unique or emergency conditions.

3. The wrecker service shall comply with this Order, all rules and regulations prescribed by the MPSC (as applicable), local ordinances, zoning requirements, and state laws pertaining to this type of business.

4. Drivers and representatives of the wrecker service shall be professional and courteous in their dealings with the public.

5. The wrecker service shall maintain an effective means of communication with their trucks and drivers at all times.

6. Insurance

   A. The wrecker service shall maintain adequate insurance coverage on its fleet and drivers.

   B. The work site commander shall require that wrecker services provide a copy of their valid insurance policy, as well as copies of each renewal as long as their contract is in effect or they are list on the no-preference wrecker list.

   C. If the wrecker service cannot provide proof of insurance coverage, they shall immediately have their contract canceled or be removed from all no-preference wrecker call lists until the work site commander is satisfied that the wrecker service is in compliance with insurance requirements.

7. Indemnification

   The department shall not be held responsible for liabilities incurred while the wrecker service is providing service at a scene to which they were dispatched by the department. The wrecker service agrees that it is not acting as, nor will it represent itself as, an agent of the department while performing services.

8. Storage Facilities

   The wrecker service shall own or have an exclusive, signed lease to a secure vehicle storage area of suitable size, properly zoned and adequately fenced, within the work site's assigned area. If the storage area is leased, the lease shall be valid through the term of the contract or no-preference list.

   A. Documentation of zoning compliance and ownership or exclusive lease of the storage facility are required and shall be submitted with the wrecker service's application.

   B. If the storage area location is different from the wrecker service's business location, it shall identify the physical location of the storage facility on the application.

   C. The storage area shall only be accessible by the wrecker service.

2

   D.   The storage area shall be capable of simultaneously holding a minimum of 20 passenger vehicles and at least four maximum-size tractor-trailer combinations if they are able to perform heavy-duty tows.

   E.   If the wrecker service is unable to store a vehicle because there is insufficient storage area, they shall immediately notify the work site's on-duty supervisor. The wrecker service shall be financially responsible for any additional towing or storage charges associated with this situation.

   F.   The wrecker service shall provide a separate area within their storage area for vehicles that have been identified as stolen or involved in criminal investigations, forfeitures, or other police-related matters.

   G.   After having stored the vehicle for 20 days, the wrecker service agrees to contact the work site commander to initiate abandoned and unclaimed vehicle procedures specified in Section 11 below.

        Under no circumstances shall the work site or department be charged for the storage of seized vehicles and vehicles held as evidence.

   H.   The wrecker service shall be solely responsible for any damage or theft of vehicles and/or personal property while such vehicle and/or personal property stored on the wrecker service premises.

   I.   When requested by a police agency, the wrecker service shall provide written notification identifying where a towed vehicle is physically being held.

9.   Equipment

   A.   The wrecker service agrees to properly maintain its trucks and clearly mark them as required by state law. The trucks shall not bear markings which would suggest or indicate that they are police vehicles.

   B.   The wrecker service shall ensure that its drivers and equipment used for department requests are qualified under the provisions of the Motor Carrier Safety Act, 1963 PA 181, and the Michigan Vehicle Code, 1949 PA 300, as amended.

     (1)   The wrecker service shall maintain a minimum of two Class A-B-C trucks and two drivers on call to respond to requests for services under this contract 24 hours per day, 365 days per year.

     (2)   The wrecker service shall provide the work site commander with the following information for each of their trucks:

          a.   Vehicle class
          b.   Make Year, Model and GVWR (rating of chassis)
          c.   Number, capacity and type (i.e., fixed or moveable, manual or hydraulic) of booms
          d.   Number and size of winches
          e.   Size and quantity of cable for each winch
          f.   Lift type(s) (i.e., sling, wheel lift, chassis lift, roll back)
          g.   Rear wheel/axle configuration (i.e., duels, tandem duels)
          h.   Any additional equipment
          i.   Copy of each vehicle's registration
          j.   If leased, a copy of each vehicle's lease agreement
          k.   A copy of the last annual (periodic) certification inspection completed (shall be within the three months prior to the date of their application).

     (3)   The wrecker service shall maintain all equipment in safe, legal operating condition at all times and shall equip all vehicles with rotating amber lights visible from 360 degrees.

     (4)   If the wrecker service fails to maintain its equipment in good repair the work site commander may immediately cancel the contract or remove the service from the no-preference wrecker call list at any time during this contract.

10.   Response to Calls for Service

   A.   Requests for service received from enforcement members shall receive first response priority.

| AUTHORITY: | 1935 PA 59 |
| COMPLIANCE: | Voluntary |

3

B. The wrecker service shall be available by telephone 24 hours a day, 365 days per year, with at least one wrecker immediately available, unless another schedule is deemed appropriate by the work site commander.

C. Answering Telephone Calls

(1) The wrecker service shall answer telephone calls for service within 10 rings.

(2) If the wrecker service fails to answer its telephone after 10 rings, or if it indicates that it cannot immediately handle a call, the work site commander shall notify the wrecker service in writing of noncompliance with their agreement.

(3) Upon the occurrence of three such written notices within a 12-month period, the work site commander shall have the right to immediately cancel the contract or remove the service from the no-preference list.

D. Response time to calls from the department shall be reasonable, as determined by the work site commander.

E. The wrecker service shall abide by all laws when responding to a scene and/or towing vehicles for the department, including equipment and traffic laws.

F. The wrecker service shall not send a truck to a police incident outside the agreed upon geographical area unless requested by an enforcement member.

11. Abandoned and Unclaimed Vehicles

A. The wrecker service shall comply with all applicable provisions of MCL 257.252a-g as they apply to abandoned vehicles.

B. The wrecker service shall not remove an abandoned vehicle from private property in accordance with MCL 257.252a without first notifying their affiliated work site.

C. The wrecker service agrees to serve as the custodian of the vehicle to ensure disposal of unclaimed vehicles as outlined in MCL 257.252a.

D. Unclaimed vehicles shall be disposed of at public auction held by the work site commander or their designee, per the instructions in Official Order No. 49, Enclosure (14).

12. Charges

A. The wrecker service shall be paid by the registered owner of the serviced vehicle.

B. Basic and Special Service Charges

Reasonable rates based on local industry standards shall be used for all services provided. The wrecker service shall provide a written copy of its rates detailing charges for all basic and special services to the work site commander no later than January 31st of each year.

C. Storage Charges

(1) The wrecker service may charge reasonable fees in addition to the basic and/or special charges for services performed in addition to the basic service. These charges may vary based on the size of the vehicle stored.

(2) Vehicles Excluded from Storage Charges

In the event a vehicle is towed and/or stored but a court later determines that it was improperly moved, the department shall not be charged a fee by the wrecker service unless payment is required by court order under MCL 254.252f.

D. Mileage Charges

| AUTHORITY: | 1935 PA 59 |
| COMPLIANCE: | Voluntary |

4

(1) A local industry standard amount may be charged per mile for mileage driven in excess of five miles from the point of hook-up to the storage facility or other designated destination. All mileage charges shall be calculated based on one way mileage.

(2) The wrecker service shall provide a written copy of its mileage rates to the work site commander no later than January 31ˢᵗ of each year.

E. Charges for Canceled Calls

If a call requesting wrecker service is canceled prior to the service being provided (i.e., hooking up the vehicle), neither the work site nor the vehicle's owner/operator shall be obligated to compensate the towing company.

13. Towing Documentation

A. Before towing any impounded vehicle from a scene as requested by an enforcement member, the wrecker service shall:

(1) Obtain the vehicle's identification number from the vehicle, or from the officer at the scene.

(2) Take an inventory listing the vehicle's contents.

a. Jointly sign this inventory with the enforcement member.

b. The wrecker service may also verify and sign an inventory taken by the enforcement member instead of completing their own.

B. The wrecker service shall not remove a wrecked vehicle from the scene of an accident without authorization by a law enforcement agency.

14. Vehicle Redemption

A. The wrecker service shall allow for the redemption of vehicles from their storage area at least eight hours per day, five days per week, and shall make their facility reasonably available after normal business hours upon receiving a telephone call from the vehicle owner.

B. If there is a "hold" placed on a vehicle, the wrecker service shall not permit a vehicle owner to redeem an impounded vehicle or remove any of its contents without permission from the work site commander or their designee. Failure to comply with this section is grounds for termination of the contract or removal from the no-preference wrecker list.

15. The wrecker service agrees that intentional violations of Chapter II of the Michigan Vehicle Code for financial gain will result in their immediate termination of the contract or removal from the no-preference wrecker list and criminal prosecution where applicable.

I understand and agree to adhere to the above requirements. Failure to comply with all of these requirements or misrepresented or falsified information shall be cause for termination of my contract with the Department of State Police or removal from the department's no-preference wrecker call list.

| Company Eagle Towing | Address 10255 US Hwy 31 |
|---|---|
| City Montague MI | Owner/Agent John Heykoop |
| Signature | Date 03/28/18 | Telephone number (include area code) (231) 894-5424 |

ORIGINAL – Worksite
PHOTOCOPY - Applicant

| AUTHORITY: | 1935 PA 59 |
| COMPLIANCE: | Voluntary |

**ACORD** ®

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 2/19/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Misty Riley | | |
|---|---|---|---|
| Kapnick Insurance Group<br>P.O. Box 1801<br>Adrian MI 49221-7801 | PHONE (A/C, No, Ext): 517-266-6543 | | FAX (A/C, No): 517-263-6658 |
| | E-MAIL ADDRESS: misty.riley@kapnick.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED  EAGLTOW-01 | INSURER A : Central Mutual Insurance Co. | | 20230 |
| John Heykoop dba Eagle Towing<br>dba Heykoop Auto Sales<br>Eagle Towing & Recovery<br>10255 Old US Hwy 31<br>Montague MI 49437 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: 1677274639 | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY**  X | | X | CLP 9764650 | 11/30/2017 | 11/30/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | X  POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 3,000,000 |
| | OTHER: | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY** | | | BAP 9764626 | 11/30/2017 | 11/30/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X  ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | X  ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X  HIRED AUTOS  X  NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Garagekeepers<br>Cargo/On Hook | | | CLP 9764650 | 11/30/2017 | 11/30/2018 | See Notes<br>Per Truck | 100,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Motor Truck Cargo (Non-Auto in Tow) Deduct: $1,000

Garagekeepers' (Includes Autos in Tow) Liability:
Location 1: 10255 Old US Hwy 31, Montague, MI 49437 - $100,000
Location 2: 152 First Street, Shelby, MI 49455 - $100,000
Location 3: 2844 South Mill Iron Street, Muskegon, MI 49444 - $100,000

Garagekeepers' Comp Deduct: $500 per auto; $2,500 max per claim
See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| Michigan State Police<br>7150 Harris Drive<br>Dimondale MI 48821 | AUTHORIZED REPRESENTATIVE<br>*James B. Kapnick* |

© 1988-2014 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: EAGLTOW-01

LOC #: _____

**ACORD®**

# ADDITIONAL REMARKS SCHEDULE

Page __1__ of __1__

| AGENCY | NAMED INSURED |
|---|---|
| Kapnick Insurance Group | John Heykoop dba Eagle Towing |
| **POLICY NUMBER** | dba Heykoop Auto Sales |
| | Eagle Towing & Recovery |
| | 10255 Old US Hwy 31 |
| **CARRIER** | **NAIC CODE** | Montague MI 49437 |
| | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ____25____ FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

Garagekeepers' Coll Deduct: $500

AUTOMATIC STATUS POLICY FORMS (WHEN REQUIRED BY WRITTEN CONTRACT OR WRITTEN AGREEMENT WITH NAMED INSURED, PER POLICY TERMS & CONDITIONS)

GENERAL LIABILITY

--Additional Insureds
--8-1889 (07/14) - General Liability Plus Endorsement
--Additional Insured - Owners, Lessees, or Contractors - Automatic Status
--Additional Insured - Managers or Lessors of Premises - Automatic Status
--Additional Insured - Lessor of Leased Equipment - Automatic Status
--Additional Insured - Vendors - Automatic Status

--Primary and Non Contributory - Per Form 8-1889 (07/14)
--Waiver of Subrogation - Per Form 8-1889 (07/14)

AUTO LIABILITY

--Additional Insureds
---3-2546 (03/10) - BAP Plus Coverage Endorsement - Additional Insured - Automatic Status

--Waiver of Subrogation - Per Form 3-2546 (03/10)

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

2/21/2018     SAFER Web - Company Snapshot EAGLE TOWING & RECOVERY

&#9678; USDOT Number    &#9679; MC/MX Number    &#9678; Name

Enter Value: 1711644

[Search]

## Company Snapshot
### EAGLE TOWING & RECOVERY
USDOT Number: 1711644

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

| Other Information for this Carrier |
| --- |
| ▼ SMS Results |
| ▼ Licensing & Insurance |

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

The information below reflects the content of the FMCSA management information systems as of 02/20/2018.

| | | | |
| --- | --- | --- | --- |
| **Entity Type:** | CARRIER | | |
| **Operating Status:** | AUTHORIZED FOR Property | **Out of Service Date:** | None |
| **Legal Name:** | EAGLE TOWING & RECOVERY | | |
| **DBA Name:** | | | |
| **Physical Address:** | 10255 US HWY 31 MONTAGUE, MI  49437 | | |
| **Phone:** | (231) 861-8988 | | |
| **Mailing Address:** | 10255 US HWY 31 MONTAGUE, MI  49437 | | |
| **USDOT Number:** | 1711644 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-53889 | **DUNS Number:** | 11-746-7225 |
| **Power Units:** | 7 | **Drivers:** | 9 |
| **MCS-150 Form Date:** | 12/16/2017 | **MCS-150 Mileage (Year):** | 50,000 (2017) |

**Operation Classification:**

| | | |
| --- | --- | --- |
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| x Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
| --- | --- | --- |
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
| --- | --- | --- |
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| x Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| x Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

2/21/2018

SAFER Web - Company Snapshot EAGLE TOWING & RECOVERY

**US Inspection results for 24 months prior to: 02/20/2018**

Total Inspections: 0
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to <u>Inspections Help</u> for further information.

|  | Inspections: | | | |
|---|---|---|---|---|
| Inspection Type | Vehicle | Driver | Hazmat | IEP |
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % (2009- 2010) | 20.72% | 5.51% | 4.50% | N/A |

**Crashes reported to FMCSA by states for 24 months prior to: 02/20/2018**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

|  | Crashes: | | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

<u>**ID/Operations**</u> | <u>**Inspections/Crashes In US**</u> | **Inspections/Crashes In Canada** | <u>**Safety Rating**</u>

**Canadian Inspection results for 24 months prior to: 02/20/2018**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to <u>Inspections Help</u> for further information.

|  | Inspections: | |
|---|---|---|
| Inspection Type | Vehicle | Driver |
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 02/20/2018**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

|  | Crashes: | | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

<u>**ID/Operations**</u> | <u>**Inspections/Crashes In US**</u> | <u>**Inspections/Crashes In Canada**</u> | **Safety Rating**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

<u>Carrier Safety Rating:</u>

**The rating below is current as of: 02/20/2018**

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 · 1-800-832-5660 · TTY: 1-800-877-8339 · Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp

2/2

2/21/2018

<

https://www.ucr.in.gov/ucr/apps/ucrViewDetails.action

Unified Carrier Registration

| | |
|---|---|
| **Receipt number:** | **2018501010479** |
| **Registration Year:** | 2018 |
| **Expiration Date:** | 12/31/2018 |
| **Legal Name:** | **EAGLE TOWING & RECOVERY** |
| **USDOT Number:** | 1711644 |
| **MC Number:** | 53889 |
| **Telephone Number:** | 2318618988 |
| **Base State:** | MI |
| **Business Address:** | 10255 Us Hwy 31 |
| | Montague , MI 49437 |
| **Mailing Address:** | 10255 Us Hwy 31 |
| | Montague , MI 49437 |
| **Classification:** | Motor Carrier |

Payment Details

| Transaction Type | Total Vehicles | Certified By | Fee Paid | Amount | Convenience Fee | Fee Paid Date | PLN |
|---|---|---|---|---|---|---|---|
| REGISTRATION | 7 | JOHN HEYKOOP | Yes | $410.00 | $3.75 | 01/06/2018 | 18UC0016208 |

Note:
If Fee Paid is 'Payment Error', please contact your financial organization OR contact 317-615-7350.

2/21/2018

Auto Data Direct My Account

## Account Information

User Account for **ANDREW HEYKOOP**
CONTACT USER
Login name: aheykoop
Email Address: andrew@eagletowing.us CHANGE
Personal Phone: **231-736-9821**   Personal Fax: **231-861-0579**
Password: *************** CHANGE

**EAGLE TOWING & RECOVERY 3**                    UPDATE INFORMATION
DBA Name: **EAGLE TOWING & RECOVERY**
Phone: **231-894-5424**  Fax: **231-861-0579**
Company Type: TOW

**Physical Address:**      **Mailing Address:**
10255 US HWY 31        10255 US HWY 31
MONTAGUE, MI 49437    MONTAGUE, MI 49437

## Current Active Users

User Account for **ANDREW HEYKOOP**
CONTACT USER
Login name: aheykoop
Email Address: andrew@eagletowing.us
Personal Phone: **231-736-9821**   Personal Fax: **231-861-0579**

© 2000-2018 Auto Data Direct, Inc. (850) 877-8804

*NMVITS*



STATE OF MICHIGAN
RUTH JOHNSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

**DUPLICATE-08-07-17**

## <u>CONFIRMATION OF ENROLLMENT</u>

January 15, 2015

Eagle Towing
10255 Old Hwy 31
Montague, MI  49437

This letter confirms that you are enrolled in the Abandoned Vehicle Program in accordance with Michigan law [MCL 257.252a(7) and MCL 257.252g(2)(c)]. By setting up an Electronic Funds Transfer (EFT) account with the Michigan Department of State, you agree:

1. To submit the disposition of every abandoned vehicle in your custody by means of the *Michigan Auto Lost and Found* Web site at www.Michigan.gov/sos.
2. To remit by EFT $25 of the $40 abandoned vehicle fee for vehicles in your custody that have been redeemed by the vehicle owner or sold at auction.
3. To remit the remaining $15 to the towing agency.
4. To be responsible for the accuracy, authenticity and validity of all information submitted.
5. To vouch for the identity and authority of any individual that you may designate to submit any information required as part of the Abandoned Vehicle Program.
6. To hold the state of Michigan harmless for all use made of the information submitted through the department's Web site, including any information required to allow the $25 EFT from your designated account.
7. To immediately notify the department in writing of any change in the information you have provided, including the name, address or telephone number of your business. This information may be submitted by e-mail to SOSWebmaster@michigan.gov or fax at (517) 322-3928. Please include the phrase "Abandoned Vehicle" in the subject line of your e-mail.
8. That any violation of state law or the policies or procedures of either the department or local law enforcement authorities may result in your removal from the Abandoned Vehicle EFT Program.

To report an abandoned vehicle disposition online, you will need the following three numbers:

- Your Custodian Identification (CID) Number, which is **1918**
- Your Electronic Funds Transfer (EFT) Number, which is **V2396**.
- Your Personal Identification Number (PIN), which will be sent to you under separate cover.

For your protection, please keep these numbers confidential. Only individuals with the authorization to submit abandoned vehicle dispositions online should have access to them. If you have any questions about your EFT account or submitting a vehicle disposition online, please call (517) 636-5234.

**MUSKEGON COUNTY TREASURER**    **DELINQUENT TAX RECEIPT**    **000356837D**

TONY MOULATSIOTIS

173 E APPLE AVE SUITE 104

MUSKEGON MI 49442    (231) 724-6261

TAX YEAR: **2016**

DATE PAID: 02/01/18

INTEREST DATE: 02/01/18

CHECKS ARE ACCEPTED AS CONDITIONAL PAYMENT. IF NOT HONORED BY THE BANK, THE TAX IS CONSIDERED UNPAID AND THE RECEIPT IS VOID. THE TREASURER IS NOT RESPONSIBLE FOR PAYMENT ON THE WRONG PARCEL. APPLICATION MADE TO PAY THE YEAR'S TAX OR ITEM OF TAX APPEARING ON THIS RECEIPT AND NO OTHER.

**PARCEL: 02-009-300-0020-10**

UNIT: MONTAGUE TOWNSHIP

HEYKOOP JOHN

290 FERRY

SHELBY    MI 49455

AMOUNT PAID: 2,957.54

CHECK NO: 1493

CASHIER NO: LundholmN

COMMENTS:

| | PREV. AMT DUE | PAYMENT | DUE IF PAID THIS MONTH |
|---|---|---|---|
| BASE TAX | 2,536.67 | 2,536.67 | 0.00 |
| INTEREST | 304.40 | 304.40 | |
| ADMIN FEE | 101.47 | 101.47 | |
| EXPENSE OF SALE | | | |
| OTHER | | | |
| OVER/UNDER | | | |
| PA123 FEES | 15.00 | 15.00 | |
| TOTAL | 2,957.54 | 2,957.54 | 0.00 |

LEGAL DESCRIPTION:    PROPERTY ADDRESS: 10255 US 31

MONTAGUE TOWNSHIP SEC 9 T12N R17W THE E 600 FT OF E 1/2 OF SW 1/4 EXC THE N    2100 FT THEREOF ALSO EXC THE S 330 FT THEREOF AND ALSO EXC THE E 125FT THEREOF TAKEN FOR HIGHWAY PURPOSES

CHECK YOUR DESCRIPTION:

The Treasurer is not responsible for payment on the wrong parcel.

If you pay on the wrong description,

we are not permitted to make adjustments later.

County Treasurer

OCEANA COUNTY TREASURER
MARY LOU PHILLIPS
PO BOX 227
HART MI 49420
231-873-3980

**OCEANA COUNTY**

DELINQUENT TAX RECEIPT
RECEIPT NO:  0000096590
DATE PAID:  02/01/18
TAX YEAR:  2016

---

**DELINQUENT TAX RECEIPT**

UNIT:  VILLAGE OF SHELBY
PARCEL:  046-107-042-50



RECEIVED OF: HEYKOOP JOHN & CAROL

296 FERRY
SHELBY            MI    49455

| | PREV. AMT DUE | PAYMENT | DUE IF PAID THIS MONTH |
|---|---|---|---|
| BASE TAX | 1,755.76 | 1,755.76 | |
| INTEREST | 210.69 | 210.69 | |
| ADMIN FEE | 70.23 | 70.23 | PAID IN FULL |
| EXPENSE OF SALE | | | |
| OTHER | | | |
| OVER/UNDER | | | |
| RECONVEYANCE FEES | 15.00 | 15.00 | |
| TOTAL | 2,051.68 | 2,051.68 | |

LEGAL DESCRIPTION:
WD956613 MLC959237 QC-L2006P18587 LOTS 43, 44, 45, 46, 47, 48, 49 & 50 & S 38   FT OF LOT 42 BLOCK 7 SHELBY VILLAGE
VILLAGE OF BARNETT.

---

CHECK YOUR DESCRIPTION:
The Treasurer is not responsible for payment on the wrong parcel.
If you pay on the wrong description, we are not permitted to make adjustments later.

_Mary Lou Phillips_
County Treasurer

---

**DELINQUENT TAX RECEIPT**

UNIT:  VILLAGE OF SHELBY
PARCEL: 046-107-042-50

HEYKOOP JOHN E & CAROL D

290 FERRY ST
SHELBY MI 49455

RECEIPT NO:  0000096590
DATE PAID:  02/01/18
TAX YEAR:  2016
AMOUNT PAID:  2,051.68
CHECK NO:  1495
CASHIER:  TAX

| | PREV. AMT DUE | PAYMENT | DUE IF PAID THIS MONTH |
|---|---|---|---|
| BASE TAX | 1,755.76 | 1,755.76 | |
| INTEREST | 210.69 | 210.69 | |
| ADMIN FEE | 70.23 | 70.23 | PAID IN FULL |
| EXPENSE OF SALE | | | |
| OTHER | | | |
| OVER/UNDER | | | |
| RECONVEYANCE FEES | 15.00 | 15.00 | |
| TOTAL | 2,051.68 | 2,051.68 | |

# MONTAGUE TOWNSHIP
## APPLICATION TO PLANNING COMMISSION FOR SITE PLAN REVIEW

Note: This application form is intended for use for all requests for site plan review as set forth in Article 8 of the Montague Township Zoning Ordinance. A copy of Section 8 is attached to this application form.

1. Name and Address of Applicant(s): *Eagle Towing*
*10255 Old Hwy 31 Montague, MI 49437*

2. Applicant's telephone Number: *231-894-5424*

3. Name(s) and address(es) of owners of the property, if other than the applicants as set forth in paragraph 1: _____

4. Property Address: *10255 Old Hwy 31 Montague*

5. Property legal description: Attach to this application a copy of the deed, land contract memorandum, title insurance policy, or other document indicating the full and correct legal description of the property for which a conditional use permit is sought. <u>Also attach a copy of a survey</u> (if the Applicant has one).

6. Property Tax Identification Number: *02-009-300-0020-10*
   (May be obtained from property tax bill or notice)

7. Projected construction start-up date for project, if the site plan is approved: *immediately*

8. <u>Checklist</u>: ***Has the Applicant submitted with this application the following***:

   a. Payment of the $75.00 site application fee (checks made payable to Montague Township)? _X_ Yes ___ No

   b. Has the Applicant submitted the document(s) and information as required by Section 8.04 of the Zoning Ordinance and by paragraph 5 of this application?: _X_ Yes ___ No

9. <u>Additional Statements</u>. If there is any additional information that the applicant believes is important, set forth the information on an additional sheet and attach it to this application.

Date: _____        _John Heywood_
                               Applicant*

Date: _27 OCT 16_              _____
                               Owner*

*If the Applicant is not the Owner of the property, then both the Applicant and the Owner must sign this application.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECISION OF PLANNING COMMISSION

**The recommendation of Planning Commission is:**

_____a.   Approved, for the following reasons (attach additional sheets as necessary): _____

_____

_____

_____b.   Denied, for the following reasons (attach additional sheets as necessary): _____

_____

_____

__✓__ c.   Approved, subject to the following additional terms and conditions.  Attach additional sheets if necessary): _Exhibit 1_____

_____

_____

Dated: _Nov 4, 2016_              _Stuart B. Scholl_
                                  Planning Commission Chairperson

Jay   move        yes
      2nd         yes
Charley           yes
     Scholl       yes
         Korthase yes

## MONTAGUE TOWNSHIP
## APPLICATION FOR ZONING PERMIT

1.  State the names of <u>all</u> owners of the land for which a zoning permit is requested:

_John Heykoop_

2.  State the address at which the owner(s) may be contacted: _10255   Old 45_
_Hwy 31   Montague, MI   49437_

3.  Telephone number of applicant: _231- 894-5429_

4.  Fax number (if any) of applicant: _300-0020-10_

5.  Tax ID # of parcel: _61-02-900-251-0169-00_

6.  Address of parcel (if different than paragraph 2): _____

_____

7.  <u>Legal Description:</u> ***Attach to this permit application the legal description of the parcel.*** You may satisfy this provision by attaching a copy of your tax bill, deed or land contract. Have you attached such document? _X_ Yes ___No

8.  In acres or square feet (as applicable) state the area of the parcel: _3 Acres_

9.  Parcel frontage/width in feet: _300_

10. Parcel depth in feet: _1200_

11. Describe the structure, building, or use that is proposed: _Storage of Automobiles / Towing along w/ General office use (Also see 9/1/2014 permit which is still ongoing)_

12. Describe any buildings or other structures already located on the parcel: _Office and Storage Building_

_____

13. State for any proposed structure or building: *N/A existing Buildings*

    A.  The distance between the ***nearest street right-of-way line*** and the building or structure:_____

    B.  The distance between the ***rear lot line*** and the proposed building or structure: _____

    C.  The distance between the ***nearest side lot line*** and the proposed building or structure: _____

    D.  The distance between the ***most distant side lot line*** and the proposed building or structure: _____

14.  What will be the size of the proposed structure or building: _____*NA*_____

15.  What will be the height of the proposed structure or building: _____*NA*_____

16.  Do you intend to excavate or engage in any construction within:

    a.    A designated flood plain?                _____ Yes ___X___ No

    b.    A designated wetland?                   _____Yes ___X___ No

    c.    Within 500 feet of any lake, river or stream?    _____Yes ___X___ No

    If the answer is yes, then the Township cannot grant you a zoning permit until you have approval from the proper state department.  For a designated flood plain or for a designated wetland contact the DEQ at 616-356-0500.  For soil erosion (within 500 feet of any lake, river or stream) contact the Muskegon County Department of Public Works at 231-724-6411.

17.  Is there an existing driveway that abuts a street? _X_ Yes ____ No

    a.    Does the driveway abut a: ___ Private Street _X_ Public Street

18.  Have you obtained an approved driveway permit from the Muskegon County Road Commission?_X_ Yes ____ No __X__ N/A (**If yes, attach a copy hereto**).

19.  Checklist:  *Has the Applicant submitted with this application the following*:

a.  Payment of the $25.00 zoning permit application fee (checks made payable to Montague Township)? ___Yes ___ No

b.  A site plan signed and dated by the applicant, consistent with the Township Zoning Ordinance (showing the location of abutting streets, the location of all existing and proposed structures, and the setbacks of the proposed buildings or structures)? ___Yes ___ No

c.  A legal description of the parcel (see #7 above)? ___Yes ___ No

d.  A copy of the approved driveway permit? ___ Yes ___ No ___ N/A

20.  Additional Statements.  If there is any additional information that the applicant believes is important, set forth the information on an additional sheet and attach it to this application.


**Signature of at least one owner**:

_____          Date: _270 Cf/ 6___

Print Name: _John   Fewer_____

PERMIT

* * * * * * * * * * *

**The foregoing application is approved.  This permit becomes null and void in the event that there has not been undertaken, on a material and substantial basis, commencement of construction on the project within one (1) year of issuance of said permits.**


Approved.

_____          Date: 4 Nov  4, 2016

Zoning Administrator

Zoned: _____C - Commercial_____

MONTAGUE TOWNSHIP    2016    Summer                    Bill #:

| MESSAGE TO TAXPAYER | PAYMENT INFORMATION |
|---|---|
| INTEREST RATE CALCULATION: SEPT 15-30 1% OCT 2% NOV 3% DEC 4% JAN 5% FEB 1- 16  6%.  ON MARCH 1 ALL UNPAID TAXES ARE RETURNED TO MUSKEGON COUNTY TREASURER AS DELINQUENT.  IF YOU HAVE ANY QUESTIONS, CALL TWP TREASURER AT 231-894-9255. IF YOU REQUEST A RECEIPT, PLEASE ENCLOSED A SELF-ADDRESSED, STAMPED ENVELOPE. | This tax is due by:   09/14/2016<br><br>Pay by mail to:    MONTAGUE TOWNSHIP<br>C/O 10941 HENDERSON ROAD<br>MONTAGUE, MI 49437<br>OR DIRECT AT COMERICA BANK, MONTAGUE<br>OR AT TWP HALL, TUESDAYS 10-4 |

**PROPERTY INFORMATION**

Property Assessed To:
EAGLES TOWING
10255 US 31
MONTAGUE, MI 49437

Prop #: 61-02-900-251-0169-00        School: 61180
Prop Addr:   10255 US 31
MICH BUS TAX COMM PERSONAL EXEMPTION
Legal Description:
CITY OF MONTAGUE

*(handwritten)* 10
*(handwritten)* 609-300-0020-

61180.MONTAGUE PUBL

**TAX DETAIL**

|  |  |  |
|---|---|---|
| Taxable Value: | 1,300 | COMMERCIAL PERSONA |
| State Equalized Value: | 1,300 | Class: 251 |
| PRE/MBT %: | 100.0000 |  |

Mort Code:

Taxes are based upon Taxable Value.
1 mill equals $1.00 per $1000 of Taxable Value.
Amounts with no millage are either Special
Assessments or other charges added to this bill.

| DESCRIPTION | MILLAGE | AMOUNT |
|---|---|---|
| STATE EDUCATION | 6.00000 | 7.80 |
| COUNTY OPERATING | 5.69840 | 7.40 |

**OPERATING FISCAL YEARS**

The taxes on bill will be used for governmental
operations for the following fiscal year(s):
County:      OCTOBER 1 - SEPTEMBER 30
Twn/Cty:        JULY 1 - JUNE 30
School:         JULY 1 - JUNE 30
State:       OCTOBER 1 - SEPTEMBER 30
Does NOT affect when the tax is due or its amount

| | | |
|---|---|---|
| Total Tax | 11.69840 | 15.20 |
| Administration Fee | | 0.15 |
| TOTAL AMOUNT DUE | | 15.35 |

Please detach along perforation.  Keep the top portion.

Mort Code                                              Bill #

Pay this tax to:
MONTAGUE TOWNSHIP
C/O 10941 HENDERSON ROAD
MONTAGUE, MI 49437
OR DIRECT AT COMERICA BANK, MONTAGU
OR AT TWP HALL, TUESDAYS 10-4

TAXPAYER NOTE: Is your name & mailing address correct?
If not, please make corrections below. Thank You.

Property Addr:   10255 US 31

To:  EAGLES TOWING
JOHN HEYKOOP
10255 US 31
MONTAGUE MI 49437

PLEASE RETURN THIS PORTION WITH PAYMENT. THANK YOU.

This tax is due by:  09/14/2016
After  09/14/2016  additional interest and fees apply

2016  Summer    Tax for Prop #:  61-02-900-251-0169-00

Make Check Payable To: MONTAGUE TOWNSHIP

TOTAL AMOUNT DUE:        15.35

Amount Remitted: _____



EXHIBIT 1

The following criteria were discussed by the Planning Commission Members pursuant to Section 8.06 of the Montague Township Zoning ordinance:

1. That there is a proper relationship between the existing streets in the vicinity and proposed deceleration lanes, service drives, entrance and exit driveways and parking areas to assure the safety and convenience of pedestrian and vehicular traffic.

**PC Comment:  There is an existing business on the site.  There are no other driveways or entrances since the original building has been there. This is the same as the original site plan. This criteria is met**

2. That the building or structure and entryways thereto proposed to be located upon the lot are so situated and designed as to minimize adverse effects therefrom upon owners and occupants of adjacent properties, the neighborhood, and the traveling public.

**PC Comment:  The business has been a good neighbor.  There is an existing berm on the property.  This criteria is met.**

3. That as many natural features of the landscape shall be retained as possible where they furnish a barrier or buffer between the project and adjoining properties used for dissimilar purposes and where they assist in preserving the general appearance of the neighborhood or help control erosion or the discharge of storm waters.

**PC Comment:  There are no changes being made to the property.  This criteria is met.**

4. That any adverse effects of the proposed development and activities emanating therefrom upon adjoining residents or owners shall be minimized by appropriate screening, fencing or landscaping.

**PC Comment:  There is a berm and a fence between the hotel and Heykoops. There is a fence on the North side of Heykoop's property.  There are no problems with this criteria (i.e. no adverse effects).**

5. That all provisions of the Township Zoning Ordinance are complied with unless an appropriate variance therefrom has been granted.

**PC Comment:  This criteria is met as long as applicant meets the conditions set forth in the site plan as approved by the Planning Commission.**

6. That any building or structure is accessible to emergency vehicles.

**PC Comment:  This criteria is met.**

7.  That the plan, as approved, is consistent with the intent and purpose of zoning to promote public health, safety, morals and general welfare; to encourage the use of lands in accordance with their character and adaptability; to avoid the overcrowding of population; to lessen congestion on the public and private streets; to reduce hazards to life and property; to facilitate adequate provisions for a system of transportation, sewage disposal, safe and adequate water supply, education, recreation, and other public requirements; and to conserve the expenditure of funds for public improvements and services; to conform with the most advantage uses of land, resources and properties; to conserve property values and natural resources; and to develop each lot according its peculiar suitability for particular uses and the general and appropriate trend and character of land, building and population development.

<u>PC Comment:</u>  There is a privacy fence; all other criteria are met.

Condition to Granting of Site Plan:

1.  Vehicles towed to the site shall be stored in the building or behind the building in the fenced in area.  If a vehicle is brought to the front of the building for another company to retrieve, said vehicle shall only remain in the front of the building for a period of 12 hours, or picked up the same day the vehicle is brought to the front of the building.



February 26, 2018

John Heykoop
151 First Street
Shelby, MI 49455

To Whom It May Concern:

The storage facility located at 151 First Street, Shelby MI 49455, is grandfathered into the
current Village of Shelby Zoning Ordinances and therefore does not violate any Village
Ordinances.  This facility offers storage units as well as uncovered storage for vehicles or other
equipment.  This business is required to follow State law and Village Ordinances as it pertains to
the sale of any vehicle on this property.

If you have any questions, please do not hesitate to contact me at your convenience at 861-4400.

Sincerely,

*Chelsea J Stratil*

Chelsea Stratil
Village Administrator

Village Clerks Office
Ph: 231-861-4400  Fax: 231-861-7449
E-mail: clerk@shelbyvillage.com

The Village of Shelby is an equal
opportunity employer

Village Administrators Office
Ph: 231-861-4400  Fax: 231-861-7449
E-mail: villageofshelby@gmail.com

BCS/CD-500 (Rev. 03/07)

**MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH**
**BUREAU OF COMMERCIAL SERVICES**

| Date Received | (FOR BUREAU USE ONLY) |
|---|---|

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

```
Tran Info#: 14755593-1  03/09/09
Chk#: 1045   Amt: $60.00
To:   EAGLE TOWING
```

**FILED**

MAR 1 2 2009

Administrator
BUREAU OF COMMERCIAL SERVICES

Name: John Heykoop
Address: 89 Pine St.
City: Shelby    State: MI    ZIP Code: 49455

Document will be returned to the name and address you enter above. If left blank document will be mailed to the registered office.

EFFECTIVE DATE:

## ARTICLES OF INCORPORATION          02269M
### For use by Domestic Profit Corporations
(Please read information and instructions on the last page)

*Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Articles:*

**ARTICLE I**

The name of the corporation is:

EAGLE Towing and Recovery INC.

**ARTICLE II**

The purpose or purposes for which the corporation is formed is to engage in any activity within the purposes for which corporations may be formed under the Business Corporation Act of Michigan.

Towing of Vehicles

**ARTICLE III**

The total authorized shares:

1. Common Shares   60,000

   Preferred Shares   NONE

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

   None

**ARTICLE IV**

1. The name of the resident agent at the registered office is:   John Heykoop

2. The address of the registered office is:
   89 Pine St.   Shelby   , Michigan   49455
   (Street Address)        (City)                          (ZIP Code)

3. The mailing address of the registered office, if different than above:
   Same   , Michigan
   (Street Address or P.O. Box)        (City)                          (ZIP Code)

**STOP** \*\*DO NOT COMPLETE THIS FORM FOR A **LIMITED LIABILITY COMPANY (LLC) OR CORPORATION (INC).** THOSE TYPES OF BUSINESSES MUST BE FILED WITH THE STATE OF MICHIGAN. IT IS THE RESPONSIBILITY OF THE UNDERSIGNED TO DETERMINE IF THE NAME OF THE BUSINESS BELOW IS FILED IN ANY OTHER FORM IN ANOTHER JURISDICTION.\*\*

**BUSINESS REGISTRATION CERTIFICATE**
**PERSON CONDUCTING BUSINESS UNDER ASSUMED NAME, OR PARTNERSHIP**
**County of Oceana, Office of County Clerk**

THE UNDERSIGNED hereby certifies, under the provisions of P.A. No. 101, P.A. of MI, for the year 1907, as amended, that the following person (or persons) now owns, carries on, conducts or transacts, or intends to own, carry on, conduct, or transact, a business, or maintain an office or place of business, in the County of Oceana, State of Michigan, under the name, designation or style set forth below:

**FILING FEE -- $10.00**

1. Name of Business _____

2. Full Address of Business _____

   Mailing Address if different _____

3. NAME OF PERSON OR PERSONS, owning, conducting, transacting, or composing the above business, and the home post office address of each.

   NAME OF PERSON      RESIDENCE ADDRESS (Street, City, State)

   (Print) _____

   (Print) _____

   (Print) _____

   (Print) _____

4. PARTNERSHIP CERTIFICATE. The Undersigned hereby certify under the provisions of P.A. No. 164, P.A. of MI for the year 1913, as amended, that:
   (a) The Business mentioned herein (Insert "IS" or "IS NOT") _____ a Partnership.
   (If the Business IS a Partnership, fill in the blank line under (b) below.)
   (b) Length of Time General Partnership is to continue. (Insert either the Term agreed on by the Partners, or the statement "not limited". _____

5. **SIGNATURES OF ALL PERSONS LISTED ABOVE -**(Signature) _____
   **Acknowledged before a NOTARY PUBLIC**
   (Signature) _____
   (Signature) _____
   (Signature) _____

STATE OF MICHIGAN      Subscribed and sworn to before me this _28th_ day of _January_ A.D., 2014 by all persons listed above.

        (Signature) _Colleen K. Reyna_

**COLLEEN K. REYNA**
Notary Public, Oceana County, MI    (Print) _Colleen K. Reyna_
My Commission Expires 04/12/18      Notary Public, Oceana County, Michigan  (Acting in Oceana County)

Acting in the County of _Oceana_ My Commission expires: _4-12-18_

STATE OF MICHIGAN    I, Rebecca J. Griffin, Clerk of the County of Oceana and the Circuit Court thereof, do hereby certify
COUNTY OF OCEANA    that I have compared the foregoing copy of Business Registration Certificate with the original of record in my office, and that the same is a correct transcript therefrom, and of the whole of such original.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Circuit, at the City
_____ day of _January_ A.D., 2014.

By: _Robin Eadie Deputy_
OCEANA COUNTY CLERK/DEPUTY COUNTY CLERK

I HEREBY CERTIFY this to be a true and correct copy of the document on file with the office this _3-28-18_ COUNTY CLERK.
This Certified Copy VALID Only When SEAL and RED SIGNATURE Are Affixed
Rebecca J. Griffin, Oceana County Clerk
Roberta S. Dennert, Oceana County Chief Deputy Clerk
_Roberta S. Griffin_
Oceana County Clerk

Dissolved | Certificate Filed 1-28-14 | Certificate Exp. 1-28-19 | D.B.A. File No. 6691

**STOP** **DO NOT COMPLETE THIS FORM FOR A LIMITED LIABILITY CORPORATION (LLC) OR CORPORATION (INC). THOSE TYPES OF BUSINESSES MUST BE FILED WITH THE STATE OF MICHIGAN.**

### BUSINESS REGISTRATION CERTIFICATE
### PERSON CONDUCTING BUSINESS UNDER ASSUMED NAME, OR PARTNERSHIP
### County of Oceana, Office of County Clerk

THE UNDERSIGNED hereby certifies, under the provisions of P.A. No. 101, P.A. of MI, for the year 1907, as amended, that the following person (or persons) now owns, carries on, conducts or transacts, or intends to own, carry on, conduct, or transact, a business, or maintain an office or place of business, in the County of Oceana, State of Michigan, under the name, designation or style set forth below:

**FILING FEE -- $10.00**

1. Name of Business _Eagle Tame_

2. Full Address of Business _Ca pine_

   Mailing Address if different _Shelby mi 49455_

3. NAME OF PERSON OR PERSONS, owning, conducting, transacting, or composing the above business, and the home post office address of each.

   | NAME OF PERSON | RESIDENCE ADDRESS (Street, City, State) |
   |---|---|
   | (Print) _John Hepley_ | _296 Fir 4 Shelby_ |
   | (Print) _____ | _____ |
   | (Print) _____ | _____ |
   | (Print) _____ | _____ |

4. PARTNERSHIP CERTIFICATE. The Undersigned hereby certify under the provisions of P.A. No. 164, P.A. of MI for the year 1913, as amended, that:
   (a) The Business mentioned herein (Insert "IS" or "IS NOT") _IS NFC_ a Partnership.
   (If the Business **IS** a Partnership, fill in the blank line under (b) below.)
   (b) Length of Time General Partnership is to continue. (Insert either the Term agreed on by the Partners, or the statement "not limited". _____

5. SIGNATURES OF ALL PERSONS LISTED ABOVE - (Signature) _[signature]_
   Acknowledged before a Notary Public
   (Signature) _____
   (Signature) _____
   (Signature) _____

STATE OF MICHIGAN    Subscribed and sworn to before me this _11th_ day of _MAY_ A.D., 2007 by all persons listed above.

(Signature) _Gail L Schulte_

(Print) _GAIL L Schulte_
            Notary Public, Oceana County, Michigan (Acting in Oceana County)

My Commission expires: _4/22/0012_

---

STATE OF MICHIGAN    I, Rebecca J. Griffin, Clerk of the County of Oceana and the Circuit Court thereof, do hereby certify
COUNTY OF OCEANA    that I have compared the foregoing copy of Business Registration Certificate with the original of record in my office, and that the same is a correct transcript therefrom, and of the whole of such original.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Circuit, at the City of Hart, this _11th_ day of _May_ A.D., 2007.

I HEREBY CERTIFY this to be a true and correct copy of the document on file with the office of COUNTY CLERK, Oceana County Clerk
Rebecca J Griffin, Oceana County Chief Deputy Clerk
and RED SIGNATURE Are Affixed.

By: _Robin Eadie Deputy_
OCEANA COUNTY CLERK/DEPUTY COUNTY CLERK

_Rebecca J Griffin_
Oceana County Clerk

OFFICE OF THE MUSKEGON COUNTY CLE
*Nancy A Waters, County Clerk*
990 Terrace St., 1st Floor, Muskegon, MI 4944
Phone: (231) 724-6221

DBA2014-00366     DBA
07/15/2014 03:07:10 PM  Page: 1 of 1
Nancy A. Waters, County Clerk, Muskegon County MI

Certificate Expires JULY 14, 2019

### CERTIFICATE OF ASSUMED NAME
FILING FEE $10.00

The undersigned, hereby certifies that the following person (or persons) now own, intend to own, conduct or transact business in the County of Muskegon, State of Michigan, under the name, designation or style stated below:

1. This is an Original ☒ (or) a Renewal ____ Certificate (check one)
2. NAME OF BUSINESS _Fane Towing_
3. PRINCIPAL ADDRESS OF BUSINESS _1025 Old Hwy 31._
   CITY, STATE, ZIP CODE _Montague MI 49437_    TELEPHONE NO. _231-894-8104_
4. MAILING ADDRESS (if different)
5. FULL LEGAL NAME(S) OF PERSON(S) owning, conducting, transacting or composing the above business and residence address(es) of each.

   NAME OF PERSON                    RESIDENCE ADDRESS
   (Print) _John Hickok_            _290 Tony St. Shelby, MI 4948_
   (Print) _Ed Weld_
   (Print) _____
   (Print) _____

6. If anyone listed in #5 IS NOT an individual person, please examine the reverse side before signing.
7. SIGNATURES OF ALL PERSONS LISTED ABOVE *to be signed before a Notary Public*

   (Signature) _____    (Signature) _____
   (Signature) _____    (Signature) _____

STATE OF MICHIGAN
COUNTY OF MUSKEGON

Subscribed and sworn to before me this _15th_ day of _July_ 20_14_
by all the persons listed above.

(Signature) _Doris A. VanDyk_
(Print Name) _DORIS A. VANDYK_ Notary Public _Muskegon_ County, MI
Acting in _Muskegon_ _____ County, MI
My Commission Expires: _September 29, 2018_

I, Nancy A. Waters, Clerk of Muskegon County and the Circuit Court, thereof, do hereby certify that I have compared the within copy of Assumed Name Certificate with the original of record filed in my office, and that the same is a true and correct copy thereof and of the whole of such certificate.

In Testimony Whereof, have hereunto set my hand and affixed the seal of said Circuit Court, this _15th_ day of _July_ _____, 20_14_

Nancy A. Waters, Muskegon County Clerk

By: _Doris A. VanDyk_ _Deputy County Clerk

I HEREBY CERTIFY this to be a true and correct copy of the original on file with the office of COUNTY CLERK.
This Certified Copy VALID Only When SEAL and RED SIGNATURE Are Affixed.

_Nancy A. Waters_

MUSKEGON COUNTY CLERK



# MICHIGAN
## INTERNATIONAL FUEL TAX AGREEMENT

**Michigan Department of Treasury**
**Special Taxes Division, IFTA Unit**
**PO Box 30474**
**Lansing, MI 48909-7974**
**2018 IFTA LICENSE**
**NOT TRANSFERABLE**

| Effective Date |
|---|
| 01/06/2018 |
| Expiration Date |
| 12/31/2018 |

Motor Carrier Account: 34270

Control Number: 00CXTX6

IFTA License Number
MI36264605000

Additional Identifier

TR2533526

JOHN EDWARD HEYKOOP
EAGLE TOWING & RECOVERY
10255 OLD US HWY 31
MONTAGUE, MI 49437

THIS LICENSE IS ISSUED UNDER THE TERMS OF THE INTERNATIONAL FUEL TAX AGREEMENT AND IS VALID FOR VEHICLES OPERATED BY THE LICENSEE IN ALL IFTA JURISDICTIONS

**A COPY OF THIS LICENSE MUST APPEAR IN EACH MOTOR VEHICLE**

Cut here                                                                                                          Cut here

### International Fuel Tax Agreement (IFTA) License and Decals Enclosed

Attached is your IFTA License. Each vehicle licensed under the IFTA agreement must carry a copy of this license and display the current year decals. You may make as many photocopies of the license as necessary.

One decal must be placed on the lower rear exterior portion of the cab's passenger side and the matching decal must be placed on the driver's side of the vehicle in a similar position.

To order additional decals, please visit the MI IFTA IPC website at https://mi.iftaipc.com, access your online IFTA account, click on the link "Work on IFTA", and then click on the link for "Order Additional Decals".

To cancel your IFTA license, you must submit form 4460 (www.michigan.gov/IFTA) and return any unused decals to:

Michigan Department of Treasury

Special Taxes Division - IFTA

P. O. Box 30474

Lansing, MI 48909-7974

You will remain liable for the filing of IFTA tax returns and the payment of any taxes that are due until you receive notice that your IFTA license has been cancelled by Treasury.

If you need additional information or assistance, please call the Department of Treasury, IFTA Section, at **517-636-4580**, Monday through Friday, 8:30 a.m. to 4:30 p.m.; or email us at IFTA_Licensing@michigan.gov.

**MICHIGAN REGISTRATION**     Ruth Johnson
Secretary of State

Plate: BA02941       Expires: 02/28/2019

2011   FORD         WRECKER

Vehicle No.: 1FD0X4HT0BEA86431       Fee Cat. or Wt.: 16500

County:   MUSKEGON

EAGLE TOWING
10255 OLD US 31
MONTAGUE MI 49437

License Fee:   200.00*

- WRC  0.00 SERV FEE  200.00 PLATE FEE

01162018   G016 297 A02170  020000

**MICHIGAN REGISTRATION**     Ruth Johnson
Secretary of State

Plate: BA02941       Expires: 02/28/2019

2011  FORD         WRECKER

Vehicle No.: 1FD0X4HT0BEA86431       Fee Cat. or Wt.: 16500

County:   MUSKEGON

EAGLE TOWING
10255 OLD US 31
MONTAGUE MI  49437

License Fee:  200.00*

- WRC  0.00 SERV FEE  200.00 PLATE FEE

01162018   G016 297 A02170  020000

(Detach Here)

**Two copies of your vehicle registration are provided for your convenience.**

## TAB REMOVAL INSTRUCTIONS

# 2019

- Do not remove this tab until you are ready to place it on your license plate.
- Please allow form to reach room temperature before removing license plate tab.
- Be sure your license plate is clean and dry. Apply the tab to the plate on the rear of your vehicle as follows:   All plates except motorcycle: upper right corner.
  Motorcycle plates: lower right corner.
- Fold form on dotted line to separate tab from form.
- Your new license plate tab shows both the month and year of expiration.
- A "P" will print on the top and bottom of your tab if you purchased a Recreation Passport.
- If you also renewed your driver's license or personal identification card by mail, you will receive it in a separate mailing 10 business days after receipt of this registration.



## MICHIGAN REGISTRATION

RUTH JOHNSON
Secretary of State

Plate: BB34709          Expires:  02/28/2019
RENEWAL OF BB34709
2004   FORD              WRECKER
Vehicle No.: 1FDAX57P34EA88451
                                 Fee Cat. or Wt.: 008000
C                                County: MUSKEGON

EAGLE TOWING
10255 OLD US HIGHWAY 31
MONTAGUE                    MI   49437

01292018 S6 G029 297 0517      0.00        License Fee:       0.00

BB34709 E

---

## MICHIGAN REGISTRATION

RUTH JOHNSON
Secretary of State

Plate: BB34709          Expires:  02/28/2019
RENEWAL OF BB34709
2004   FORD              WRECKER
Vehicle No.: 1FDAX57P34EA88451
                                 Fee Cat. or Wt.: 008000
C                                County: MUSKEGON

EAGLE TOWING
10255 OLD US HIGHWAY 31
MONTAGUE                    MI   49437

01292018 S6 G029 297 0517      0.00        License Fee:       0.00

BB34709 E

2019

A "P" WILL
PRINT ON
THE TOP AND
BOTTOM OF YOUR
TAB IF YOU
PURCHASED A
RECREATION
PASSPORT.

YOUR PLATE
NUMBER IS
PRINTED ON YOUR
TAB. MATCH YOUR
TAB TO THE
CORRECT PLATE.

**IMPORTANT**

BEND AT DOTTED LINE AND CAREFULLY PEEL
UNTIL TAB IS FULLY REMOVED.

1. Do not remove this tab until ready to place it on your license plate.
2. Your new license plate tab shows both the month and year of expiration.
3. Be sure your license plate is clean and dry, then apply your tab as follows:
   All plates **except** motorcycle: upper right corner.
   Motorcycle plates: lower right corner.

220

## MICHIGAN REGISTRATION

Ruth Johnson
Secretary of State

Plate: BA95908          Expires: 02/28/2019

2011 FREIGHTLINER     WRECKER

Vehicle No.: 1FVACWDT6BDAW7675   Fee Cat. or Wt.: 15500

County:   MUSKEGON

EAGLE TOWING
10255 OLD US 31
MONTAGUE MI 49437

License Fee:   200.00*

- WRC  0.00 SERV FEE 200.00 PLATE FEE
01162018   G016 297 A02171  020000

---

## MICHIGAN REGISTRATION

Ruth Johnson
Secretary of State

Plate: BA95908          Expires: 02/28/2019

2011 FREIGHTLINER     WRECKER

Vehicle No.: 1FVACWDT6BDAW7675   Fee Cat. or Wt.: 15500

County:   MUSKEGON

EAGLE TOWING
10255 OLD US 31
MONTAGUE MI 49437

License Fee:   200.00*

- WRC  0.00 SERV FEE 200.00 PLATE FEE
01162018   G016 297 A02171  020000



## MICHIGAN REGISTRATION

RUTH JOHNSON
Secretary of State

Plate:   BB34721         Expires:   02/28/2019
RENEWAL OF BB34721
2008   CHEVROLET                    WRECKER
Vehicle No.: 1GBE5C190BF411174
C                                   Fee Cat. or Wt.: 008001
                                    County: MUSKEGON

EAGLE TOWING
10255 OLD HIGHWAY 31
MONTAGUE                     MI   49437   200.00

                                          License Fee:

                                                    200.00

BB34721 E

02222018 YN G053 342 0253   200.00


## MICHIGAN REGISTRATION

RUTH JOHNSON
Secretary of State

Plate:   BB34721         Expires:   02/28/2019
RENEWAL OF BB34721
2008   CHEVROLET                    WRECKER
Vehicle No.: 1GBE5C190BF411174
C                                   Fee Cat. or Wt.: 008001
                                    County: MUSKEGON

EAGLE TOWING
10255 OLD HIGHWAY 31
MONTAGUE                     MI   49437   200.00

                                          License Fee:

                                                    200.00

BB34721 E

02222018 YN G053 342 0253   200.00

228

**MICHIGAN REGISTRATION**

RUTH JOHNSON
Secretary of State

Plate: BB60901    Expires: 02/28/2019
TRANSFER REGISTRATION
2011 FORD      WRECKER R
Vehicle No.: 1FDUF5HT8BEB58700
C

Fee Cat. or Wt.: 161000
County: MUSKEGON

EAGLE TOWING
10255 OLD HWY 31
MONTAGUE      MI   49437

BB60901 E

License Fee:    13.00

03012018 CN G060 342 0149    928.00

TR-11

**MICHIGAN REGISTRATION**

RUTH JOHNSON
Secretary of State

Plate: BB60901    Expires: 02/28/2019
TRANSFER REGISTRATION
2011 FORD      WRECKER R
Vehicle No.: 1FDUF5HT8BEB58700
C

Fee Cat. or Wt.: 161000
County: MUSKEGON

EAGLE TOWING
10255 OLD HWY 31
MONTAGUE      MI   49437

BB60901 E

License Fee:    13.00

03012018 CN G060 342 0149    928.00

TR-11



**MICHIGAN REGISTRATION**

RUTH JOHNSON
Secretary of State

Plate: BB38410
ORIGINAL REGISTRATION    Expires: 02/28/2019
2007 FREIGHTLINER    WRECKER
C
Vehicle No.: 1FVHCYDC77HX50623
    Fee Cat. or Wt.: 008001
    County: MUSKEGON

JOHN HEYKOOP DBA EAGLE TOWING
10255 OLD HWY 31
MONTAGUE    MI 49437

10202017 P3 F293 268 0057 7415.00    License Fee:    200.00

BB38410 J

---

**MICHIGAN REGISTRATION**

RUTH JOHNSON
Secretary of State

Plate: BB38410
ORIGINAL REGISTRATION    Expires: 02/28/2019
2007 FREIGHTLINER    WRECKER
C
Vehicle No.: 1FVHCYDC77HX50623
    Fee Cat. or Wt.: 008001
    County: MUSKEGON

JOHN HEYKOOP DBA EAGLE TOWING
10255 OLD HWY 31
MONTAGUE    MI 49437

10202017 P3 F293 268 0057 7415.00    License Fee:    200.00

BB38410 J

*250*

**MICHIGAN REGISTRATION**    Ruth Johnson
Secretary of State

Plate: BA85081        Expires: 02/28/2019

2007  FORD        WRECKER

Vehicle No.: 1FDAW57P17EB48816    Fee Cat. or Wt.: 10000

County:  MUSKEGON

EAGLE TOWING
10255 OLD HWY 31
MONTAGUE MI 49437

License Fee:  200.00*

- WRC 0.00 SERV FEE 200.00 PLATE FEE

01162018   G016 297 A02173  020000

**MICHIGAN REGISTRATION**    Ruth Johnson
Secretary of State

Plate: BA85081        Expires: 02/28/2019

2007  FORD        WRECKER

Vehicle No.: 1FDAW57P17EB48816    Fee Cat. or Wt.: 10000

County:  MUSKEGON

EAGLE TOWING
10255 OLD HWY 31
MONTAGUE MI 49437

License Fee:  200.00*

- WRC 0.00 SERV FEE 200.00 PLATE FEE

01162018   G016 297 A02173  020000

(Detach Here)

**Two copies of your vehicle registration are provided for your convenience.**

## TAB REMOVAL INSTRUCTIONS                **2019**

- **Do not** remove this tab until you are ready to place it on your license plate.
- Please allow form to reach room temperature *before* removing license plate tab.
- Be sure your license plate is clean and dry. Apply the tab to the plate on the rear of
  your vehicle as follows:   All plates except motorcycle: upper right corner.
                             Motorcycle plates: lower right corner.
- Fold form on dotted line to separate tab from form.
- Your new license plate tab shows both the month and year of expiration.
- A "P" will print on the top and bottom of your tab if you purchased a Recreation
  Passport.
- If you also renewed your driver's license or personal identification card by mail, you
  will receive it in a separate mailing 10 business days after receipt of this registration.



| | | | |
|---|---|---|---|
| **MICHIGAN REGISTRATION** | Ruth Johnson<br>Secretary of State | **MICHIGAN REGISTRATION** | Ruth Johnson<br>Secretary of State |

**MICHIGAN REGISTRATION**                    Ruth Johnson
                                                                    Secretary of State

Plate: CA23713          Expires: 02/28/2019

2007  FORD          PICKUP

Vehicle No.: 1FTSW21P87EB36839          Fee Cat. or Wt.: 28
                                              County:   MUSKEGON

EAGLE TOWING
10255 OLD US HIGHWAY 31
MONTAGUE MI 49437

                              License Fee:  133.00

01162018   G016 297 A02169   013300

**MICHIGAN REGISTRATION**                    Ruth Johnson
                                                                    Secretary of State

Plate: CA23713          Expires: 02/28/2019

2007  FORD          PICKUP

Vehicle No.: 1FTSW21P87EB36839          Fee Cat. or Wt.: 28
                                              County:  MUSKEGON

EAGLE TOWING
10255 OLD US HIGHWAY 31
MONTAGUE MI 49437

                              License Fee:  133.00

01162018   G016 297 A02169   013300

(Detach Here)

**Two copies of your vehicle registration are provided for your convenience.**

## TAB REMOVAL INSTRUCTIONS

**2019**

- **Do not** remove this tab until you are ready to place it on your license plate.
- Please allow form to reach room temperature **before** removing license plate tab.
- Be sure your license plate is clean and dry. Apply the tab to the plate on the rear of your vehicle as follows:   All plates **except** motorcycle: upper right corner.
            Motorcycle plates: lower right corner.
- Fold form on dotted line to separate tab from form.
- Your new license plate tab shows both the month and year of expiration.
- A "P" will print on the top and bottom of your tab if you purchased a Recreation Passport.
- If you also renewed your driver's license or personal identification card by mail, you will receive it in a separate mailing 10 business days after receipt of this registration.



251

# Eagle Towing & Recovery
## Rates for Heavy Duty Services
### November 1, 2017

## ROAD SERVICE

Lock out / Jump Start / Fuel delivery (Fuel is extra)

**$95/Hour Port to Port + Mileage at $4.00 per mile one way**

## TOWING

Includes: Hookup, Air supply, Driveshaft removal and/or replacement, Axle removal, Fairings, Tow light

| | | |
|---|---|---|
| **Medium Duty** | **(10,000 to 26,000 GVWR)** | $150/Hour Port to Port |
| **Heavy Duty** | **(26,000 to 33,000 GVWR)** | $150/Hour Port to Port |
| **Super Heavy Duty** | **(Loaded Mixer or Straight truck or T/T Combo)** | $250/Hour Port to Port |
| **Heavy Duty Fragile** | **(Large Motorhomes/Coaches)** | $350/Hour Port to Port |

## WINCHING

| | | |
|---|---|---|
| **Medium Duty** | **(10,000 to 26,000 GVWR)** | $175/Hour Port to Port |
| **Heavy Duty** | **(26,000 to 33,000 GVWR)** | $225/Hour Port to Port |
| **Super Heavy Duty** | **(Loaded Mixer or Straight truck or T/T Combo)** | $350/Hour Port to Port |

## IMPOUND

**Add $500.00 to the invoice**

## ACCIDENT

| | | |
|---|---|---|
| **Medium Duty** | **(No Haz Mat)** | $500/Hour Port to Port |
| **Heavy Duty** | **(No Haz Mat)** | $750/Hour Port to Port |

| | |
|---|---|
| **Life safety / Rescue request** | **Multiply by 2** |
| **Haz Mat** | **Multiply by 2** |
| **Explosive** | **Multiply by 4** |

**Fuel surcharge is added to all charges currently 5% of invoice**

**Other charges may apply**

# Eagle Towing & Recovery

## Rates for Light Duty Services

*Short Form Customer Direct Pay*
*No long form required*
November 1, 2017

### ROAD SERVICE

*Lock out / Jump Start / Fuel delivery (Fuel is extra)*
$75.00

### TOWING

*Includes: Hookup & Tow light*
Minimum charge is $75.00
$75.00 hookup + $4.00 per mile towed

### WINCHING

Minimum charge is $75.00

### IMPOUND

Minimum charge is $154.00
$150.00 hookup + $4.00 per mile towed

### ACCIDENT

Minimum charge is $150.00
+ $4.00 per mile towed
Battery disconnect $25.00

### Extra fee's

Dolly $50.00
Remove Driveshaft $50.00
Tire or ball joint skate $25.00
Motorcycle rack $25.00
Off road $25.00

02/21/18

6:11 PM

*Long Form Case Sheet that readers Detailed Block down and Detailed Job description*

# Eagle Towing & Recovery
## Item Price List
### February 21, 2018

| Item | Description | Preferred Vendor | Price |
|---|---|---|---|
| ACCIDENT | ACCIDENT TOW | | 0.00 |
| Admin Fee | ADMINISTRATIVE FEE - 10% | | 10% |
| BARRELS | 55gal. BARRELS FOR WASTE REMOVAL | | 65.00 |
| Battery | Battery Disconnect | | 35.00 |
| Biohazard | Biohazard Surcharge - 13.0% | | 13% |
| CC FEE | | | 0.00 |
| CHAINSAW | Chainsaw $95.00/HR - 4 HR MINIMUM | | 95.00 |
| Crash Bag | Crash Bag - 35.00 Each - Debris Containment Bag | | 35.00 |
| Credit Card FEE | Credit Card Use FEE - 4% | | 4% |
| CruseLoop | Cruse Loop - WreckMaster Certified | | 175.00 |
| Dive Robot | Advanced Underwater Video ROV | | 225.00 |
| Diver | Certified HAZMAT Diver $375.00/HR - 4 HR MINIMUM | | 375.00 |
| DOLLIES | DOLLIES | | 50.00 |
| DRIVESHAFT | DRIVE SHAFT REMOVAL | | 50.00 |
| DUMP | DISPOSAL SERVICE | | 100.00 |
| Emergency Response1 | EMERGENCY RESPONSE - LIGHT DUTY $495/HR... | | 495.00 |
| Emergency Response 2 | EXTREME EMERGENCY RESPONSE - LIGHT DUT... | | 695.00 |
| FLATBED | TRANSPORT UNIT $295/HR - 2 HR MINIMUM | | 295.00 |
| FLOORDY | GRANULAR ABSORBENT $35 PER BAG | | 35.00 |
| Fuel Surcharge | Fuel Surcharge - 8% | | 8% |
| Gate | GATE FEE | | 35.00 |
| Generator | Power Generator $85/HR - 4HR MINIMUM | | 85.00 |
| Hazmat-Add on | HAZMAT Technician - 2 HR MINIMUM | | 150.00 |
| Headsets | Advanced On-Scene Communications Headsets $15... | | 150.00 |
| Heavy Duty | HEAVY DUTY RECOVERY UNIT $695/HR - 2 HR... | | 695.00 |
| Inclement Weather | Inclement Weather Surcharge - 11.0% | | 11% |
| LABOR | ADDITIONAL PERSONNEL $125/HR - 2 HR MINIM... | | 125.00 |
| LDUTY | LIGHT DUTY RECOVERY UNIT $295/HR - 2 HR MI... | | 295.00 |
| Lights | Scene Support Light Towers - $125/HR - 4HR MINIM... | | 125.00 |
| Little Wonder | Little Wonder HPV Vacuum $175/HR - 4HR MINIMUM | | 175.00 |
| Medium Duty | MEDIUM DUTY RECOVERY UNIT $425.00/HR - 2 ... | | 425.00 |
| MEMO | PLEASE MAKE CHECKS PAYABLE TO EAGLE TO... | | 0.00 |
| MILEAGE | TOW MILEAGE $4.00 Loaded Mile | | 4.00 |
| Night/Weekend Differential | Night/Weekend Differential Surcharge - 9.0% | | 9% |
| PPE | PPE (Personnel Protective Equipment) OSHA Mand... | | 5% |
| Reclamation Fee | RECLAMATION FEE - 7.0% | | 7% |
| SEED | GRASS SEED | | 50.00 |
| SERTRUCK | SERVICE TRUCK $250/HR - 2 HR MINIMUM | | 250.00 |
| Signage | Advance Warning Signage IAW NUTCD - $85.00/HR... | | 85.00 |
| Skates | Wheel Skates | | 35.00 |
| SOIL | TOP SOIL | | 100.00 |
| STORAGE-I | INSIDE STORAGE $65.00 PER DAY ACCRUES FR... | | 65.00 |
| STORAGE-O | OUTSIDE STORAGE $50.00 PER DAY ACCRUES ... | | 50.00 |
| Supervisor | WreckMaster Certified Safety Supervisor $275.00H... | | 275.00 |
| Tarp | Plastic Broken Windows | | 35.00 |
| TOW | TOWING HOOK UP FEE BASE RATE $50 | | 50.00 |
| TOW | FRONT END LOADER $375/HR - 4 HR MINIMUM | | 375.00 |
| Tractor | Traffic Control/Safety Unit $275/HR - 2 HR MINIMUM | | 275.00 |
| Trailer | Incident Management Trailer / Scene Mitigation Trail... | | 225.00 |

6:11 PM
02/21/18

# Eagle Towing & Recovery
## Item Price List
### February 21, 2018

| Item | Description | Preferred Vendor | Price |
|------|-------------|------------------|-------|
| Truck#250 | Advance Warning/Service/Incident Management/Traf... | | 375.00 |
| WINCHING | WINCHING | | 75.00 |
| Wood | 4"x6"x12' Wood Beams | | 0.00 |
| Charge Terms | Late payments will be charged a $50.00 late fee incl... | | 0.00 |
| Fin Chg | Finance Charges on Overdue Balance | | 12% |
| NSF Fee | NSF Fee | | 25.00 |
| Multi-Vehicle | Multi-Vehicle involved | | -50% |

| Unit # | Year | Make | Model | Class | GVWR | Type | Winch | Rear Axle | Addl. Equip |
|--------|------|------|-------|-------|------|------|-------|-----------|-------------|
| 210 | 2011 | Ford | F450 | C | 18500 | WheelLift | 2-3/8-150Ft | Duels | Dollies |
| 211 | 2004 | Ford | F550 | C | 18500 | WheelLift | 2-3/8-150Ft | Duels | Dollies |
| 220 | 2011 | Frightliner | M2 | B | 26000 | Flatbed | 1-3/8-75FT | Duels | N/A |
| 221 | 2008 | Chevrolet | C5500 | C | 26000 | Flatbed | 1-3/8-75FT | Duels | N/A |
| 222 | 2011 | Ford | F550 | C | 21000 | Flatbed | 2-3/8-150FT | Duels | Side Puller |
| 240 | 2007 | Frightliner | M2 | A | 58000 | WheelLift | 2-1/2-250FT | Tandem | N/A |
| 250 | 2007 | Ford | F550 | C | 14500 | Trailer | N/A | Duels | N/A |
| 251 | 2007 | Ford | F250 | C | 14500 | Trailer | N/A | Duels | N/A |

| | Booms |
|---|---|
| 10 | 1-Hydro-Movable-12k |
| 11 | 1-Hydro-Movable-12k |
| 20 | N/A |
| 21 | N/A |
| 22 | N/A |
| 40 | 1-Hydro-Movable-40k |
| 50 | N/A |
| 51 | N/A |