UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP doing business as
EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, DAVID
ROESLER, JEFFREY WHITE, and
CHRIS McINTIRE,

    Defendants.

NO. 1:18-cv-00632

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

| Christopher S. Patterson (P74350) | Patrick S. Myers (P81444) |
| John S. Brennan (P55431) | Assistant Attorney General |
| Fahey Schultz Burzych Rhodes PLC | Attorney for Defendant |
| Attorneys for Plaintiff | Civil Litigation, Employment & |
| 4151 Okemos Road | Elections Division |
| Okemos, MI  48864 | P.O. Box 30736 |
| (517) 381-0100 | Lansing, MI  48909 |
|  | (517) 373-6434 |

## STIPULATION AND ORDER FOR AN EXTENSION
## TO RESPOND TO COMPLAINT

    THE PARTIES STIPULATE to the entry of the attached order allowing all Defendants until July 11, 2018 to file responsive pleadings.  This stipulation is in accord with Fed. R. Civ. P. 6(b).

*s/John S. Brennan (w/consent)*
JOHN S. BRENNAN (P55431)
Attorney for Plaintiff
Fahey Schultz Burzych Rhodes PLC
4151 Okemos Road
Okemos, MI 48864
Phone: (517) 381-0100

*s/Patrick S. Myers*
PATRICK S. MYERS (P81444)
Assistant Attorney General
Attorney for Defendants
MI Dept. of Attorney General
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 373-6434

Dated:  June 28, 2018

Dated:  June 28, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP doing business as
EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, DAVID
ROESLER, JEFFREY WHITE, and
CHRIS McINTIRE,

    Defendants.

NO. 1:18-cv-00632

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

| | |
|---|---|
| Christopher S. Patterson (P74350)<br>John S. Brennan (P55431)<br>Fahey Schultz Burzych Rhodes PLC<br>Attorney for Plaintiff<br>4151 Okemos Road<br>Okemos, MI  48864<br>(517) 381-0100 | Patrick S. Myers (P81444)<br>Assistant Attorney General<br>Attorney for Defendant<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 373-6434 |

/

**ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**

The parties having stipulated to the entry of this order,

**IT IS HEREBY ORDERED** that responsive pleadings for all Defendants are due July 11, 2018.

Dated:

Hon. Robert J. Jonker
United States District Judge