UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP doing business as
EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, DAVID
ROESLER, JEFFREY WHITE, and
CHRIS McINTIRE,

    Defendants.

NO. 1:18-cv-00632

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Christopher S. Patterson (P74350)
John S. Brennan (P55431)
Fahey Schultz Burzych Rhodes PLC
Attorney for Plaintiff
4151 Okemos Road
Okemos, MI  48864
(517) 381-0100

Patrick S. Myers (P81444)
Assistant Attorney General
Attorney for Defendant
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434

---

## ORDER FOR EXTENSION TO RESPOND TO COMPLAINT

The parties having stipulated to the entry of this order,

**IT IS HEREBY ORDERED** that responsive pleadings for all Defendants are due July 11, 2018.

                          /s/ Robert J. Jonker
                          Hon. Robert J. Jonker
Dated:   June 28, 2018          United States District Judge