UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP doing business as
EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, DAVID
ROESLER, JEFFREY WHITE, and
CHRIS McINTIRE,

    Defendants.

NO. 1:18-cv-00632

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Christopher S. Patterson (P74350)
John S. Brennan (P55431)
Fahey Schultz Burzych Rhodes PLC
Attorneys for Plaintiff
4151 Okemos Road
Okemos, MI  48864
(517) 381-0100

Patrick S. Myers (P81444)
Assistant Attorney General
Attorney for Defendants
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434

---

## DEFENDANTS' MOTION TO DISMISS

Defendants Michigan State Police, David Roesler, Jeffrey White, and Chris McIntire, through the undersigned attorney, bring this motion under Fed. R. Civ. P. 12(b)(6), based on the grounds set forth in Defendants' accompanying brief.

In compliance with Local Civil Rule 7.1(d) of the U.S. District Court for the Western District of Michigan, concurrence in the relief requested was sought from counsel for Plaintiff on July 11, 2018.  Counsel for Plaintiff indicated he is opposed to the relief requested.

Defendants respectfully request that this Court grant their motion, and that Plaintiff's Complaint be dismissed.

Respectfully submitted,

Bill Schuette
Attorney General

*s/Patrick S. Myers*
Patrick S. Myers (P81444)
Assistant Attorney General
Attorney for Defendants
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI  48909
517.373.6434
myersp4@michigan.gov
P81444

Dated:  July 11, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Patrick S. Myers*
Patrick S. Myers
Assistant Attorney General
Attorney for Defendants