UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

MINUTES

JOHN HEYKOOP

v.

JEFFREY WHITE, et al.

**CASE NO.** 1:18-CV-632
**DATE:** 8/3/18
**TIME:** 3 - 3:23 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

# APPEARANCES

**PLAINTIFF(S):**
John Brennan

**DEFENDANT(S):**
Patrick Myers
Mark Donnelly

# WITNESSES

**PLAINTIFF(S):**


**DEFENDANT(S):**

# PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held.  Orders to enter.

COURT REPORTER:    Glenda Trexler        /s/ Susan Driscoll Bourque
                                              Case Manager