UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP,

    Plaintiff,                       Case No. 1:18-cv-00632-RJJ-PJG

v.                                     Hon. Robert J. Jonker

JEFFREY WHITE, et al.,

    Defendants.
_____/

## NOTICE OF SELECTION OF STANDARD TRACK
## CASE EVALUATION PANEL

The following persons, having no conflicts of interest, have agreed to serve as case evaluators in this matter:

    Paula J. Manderfield, Fraser Trebilcock Davis & Dunlap PC (Lansing) 124 W Allegan, Ste. 1000 , Lansing, MI (517) 482-5800

    Scott L. Mandel, Foster Swift Collins & Smith PC (Lansing) 313 S Washington Sq. , Lansing, MI (517) 371-8185

    Gary G. Villas, Nolan, Thomsen & Villas, PC 239 S Main St. , Eaton Rapids, MI (517) 663-3306

Paula J. Manderfield will serve as the chairperson and host the hearing at her offices in Lansing, MI .   The hearing is to be held no later than February 28, 2019.

**Counsel for plaintiff shall promptly coordinate schedules and electronically file the notice of hearing, including in the notice due dates for fees and briefs.** Please refer to the Case Evaluation Program Description available at the court's website for specific guidelines.

                                                   CLERK OF COURT

Dated:  September 5, 2018      By:   /s/ Lauren Packard_____
                                         ADR Administrator