IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JOHN HEYKOOP D/B/A EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, and CAPT. DAVID ROESLER, COMMANDER, DISTRICT 6, MICHIGAN STATE POLICE; FIRST LIEUTENANT JEFFREY WHITE; FIRST LIEUTENANT CHRIS MCINTIRE.

    Defendants.

Case No.: 1:18-cv-00632

Hon. Robert J. Jonker

Mag. Phillip J. Green

_____/

| | |
|---|---|
| John S. Brennan (P55431)<br>Christopher S. Patterson (74350)<br>FAHEY SCHULTZ BURZYCH RHODES PLC<br>Attorneys for Plaintiff<br>4151 Okemos Road<br>Okemos, Michigan 48864<br>Tel: (517) 381-0100<br>Fax: (517) 381-5051<br>jbrennan@fsbrlaw.com<br>cpatterson@fsbrlaw.com | Patrick S. Meyers (P81444)<br>Assistant Attorney General<br>Attorney for Defendants<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>Tel: (517) 373-6434<br>myers4@michigan.gov |

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2018, I electronically filed this Certificate of Service with the Clerk of the Court using the ECF system, and I served Plaintiff's Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action for Craig Mast, Sheriff – Oceana County via first-class mail to the following address.

Patrick S. Meyers, Assistant Attorney General
Civil Litigation, Employment & Elections Division
P.O. Box 30736
Lansing, MI  48909

                                                                    s/John S. Brennan
                                                                      John S. Brennan
                                                                       Attorney for Plaintiff