UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HEYKOOP doing business as EAGLE TOWING, | NO. 1:18-cv-00632 |
| Plaintiff, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN STATE POLICE, DAVID ROESLER, JEFFREY WHITE, and CHRIS McINTIRE, | |
| Defendants. | |

| | |
|---|---|
| Christopher Scott Patterson (P74350) | Patrick S. Myers (P81444) |
| John Seamus Brennan (P55431) | Assistant Attorney General |
| Fahey Schultz Burzych Rhodes PLC | Attorney for Defendant |
| Attorney for Plaintiff | Complex Litigation Division |
| 4151 Okemos Road | P.O. Box 30736 |
| Okemos, MI  48864 | Lansing, MI  48909 |
| 517.381.0100 | 517.335.3055 |

/

**DEFENDANTS JEFFREY WHITE AND CHRIS MCINTIRE'S
MOTION TO MODIFY SCHEDULING ORDER**

Defendants Jeffrey White and Chris McIntire, by counsel, submit this motion pursuant to Fed. R. Civ. P. 16(b)(4) to modify the Court's scheduling order. Pursuant to Local Civil Rule 7.1(d) of the U.S. District Court for the Western District of Michigan, concurrence in the relief requested was sought from counsel for Plaintiff on February 8, 2019, but concurrence was not forthcoming.  Defendants

White and McIntire respectfully request that the Court extend all pending deadlines by two months, and grant any other appropriate relief.

                                                       Respectfully submitted,

                                                       Dana Nessel
                                                       Attorney General

                                                       */s/Patrick S. Myers*
                                                       Patrick S. Myers (P81444)
                                                       Assistant Attorney General
                                                       Attorney for Defendants
                                                       Complex Litigation Division
                                                       P.O. Box 30736
                                                       Lansing, MI 48909
                                                       517.335.3055
                                                       myersp4@michigan.gov
                                                       P81444

Dated:  February 8, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                                       */s/Patrick S. Myers*
                                                       Patrick S. Myers (P81444)
                                                       Assistant Attorney General
                                                       Attorney for Defendants
                                                       Complex Litigation Division
                                                       P.O. Box 30736
                                                       Lansing, MI  48909
                                                       517.335.3055
                                                       myersp4@michigan.gov
                                                       P81444