UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP d/b/a EAGLE TOWING,

    Plaintiff,

CASE NO. 1:18-CV-632

v.

HON. ROBERT J. JONKER

JEFFREY WHITE, et al.,

    Defendants.
    _____/

## ORDER

Plaintiff shall file a response to Defendants' Motion to Modify Scheduling Order (ECF No. 37) not later than **February 15, 2019**.

Date:   February 12, 2019      /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE