UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP d/b/a EAGLE TOWING,

    Plaintiff,

v.

    CASE NO. 1:18-CV-632

    HON. ROBERT J. JONKER

FIRST LIEUTENANT JEFFREY WHITE;
FIRST LIEUTENANT CHRIS MCINTIRE,

    Defendants.
_____/

## ORDER

Defendants moves for a 60-day extension of Case Management Order deadlines. Plaintiff opposes the request. The Court does not find good cause for an extension. There is still time to take Plaintiff's deposition before the existing Case Management Order deadline. And Defendants do not identify anything else they want to accomplish in discovery. Settlement talks can and should continue regardless of where the parties are in the Case Management Order schedule.

Accordingly, Defendants' motion (ECF No. 37) is **DENIED**.

Dated:   February 19, 2019            /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       CHIEF UNITED STATES DISTRICT JUDGE