UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN HEYKOOP D/B/A EAGLE TOWING,
                              Plaintiff,

v

FIRST LIEUTENANT JEFFREY WHITE, FIRST
LIEUTENANT CHRIS MCINTIRE,
                              Defendants.

File No. 1:18-cv-00632
Honorable Robert J. Jonker
United States District Judge
Magistrate Phillip J. Green

**CASE EVALUATION AWARD**

A case evaluation proceeding was held in this case on February 26, 2019, under WD Mich L Civ R 16.5. The award rendered by the case evaluation panel, which is intended to include any contractual and/or statutory costs, interest and attorney fees, is:

☐ No cause for action in favor of Defendant

$ 60,000.00 in favor of ☒ Plaintiffs against ☒ Defendants

☐ _____

☒ Unanimous award (if checked)

_____  _____  _____
Paula J. Manderfield          Scott L. Mandel              Gary G. Villas
(P34319)                      (P33453)                     (P43399)

**Certificate of Service**

I certify that a copy of this Case Evaluation Award was personally served by me on the attorney for the Plaintiffs and the attorney for the Defendant on February 26, 2019.

_____
Paula J. Manderfield