## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_____

JOHN HEYKOOP D/B/A EAGLE TOWING,

     Plaintiff,

v

FIRST LIEUTENANT JEFFREY WHITE; FIRST
LIEUTENANT CHRIS MCINTIRE.

Defendants.

_____/

Case No.: 1:18-cv-00632

Hon. Robert J. Jonker

Mag. Phillip J. Green

| | |
|---|---|
| John S. Brennan (P55431)<br>Christopher S. Patterson (74350)<br>FAHEY SCHULTZ BURZYCH RHODES PLC<br>Attorneys for Plaintiff<br>4151 Okemos Road<br>Okemos, Michigan 48864<br>Tel: (517) 381-0100<br>Fax: (517) 381-5051<br>jbrennan@fsbrlaw.com<br>cpatterson@fsbrlaw.com | Patrick S. Myers (P81444)<br>Assistant Attorney General<br>Attorney for Defendants<br>Complex Litigation Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>Tel: (517) 373-6434<br>myersp4@michigan.gov |

_____/

## STIPULATED MOTION TO STRIKE FILING (DOC #46) FROM THE RECORD

     The parties jointly move this Court to strike the filing designated as Document Number 46 from the record.  In support of the motion, the parties state as follows:

1. On August 7, 2018, this Court entered an Order of Referral to Standard Track Case Evaluation in this matter (Docket No. 18).

2. The Order prescribed that following case evaluation, the original evaluation document was to be forwarded to the ADR Administrator, and not filed electronically.

3. The case evaluation was held on February 26, 2019.

4. Following the case evaluation, the original evaluation document was inadvertently filed electronically as a case mediation report, including a report that the case has been settled.

5. The case has not been settled.  The parties have 28 days in which to accept or reject the award, in accordance with the Court's August 7th Order.  Furthermore, the evaluation document should not have been placed in the electronic file, per the same Order.

6. The parties received notice that the case evaluation document has now been transmitted to the ADR Administrator, as set out in the Order.

WHEREFORE, the parties jointly move that the Document No. 46 be struck and removed from the case file in this matter.

AGREED:


 _/s/ John S. Brennan_____          _/s/ Patrick S. Myers_____
John S. Brennan (P55431)                    Patrick S. Myers (P81444)
Attorney for Plaintiff                      Attorney for Defendants

Dated: February 26, 2019                    Dated: February 26, 2019


## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019 I electronically filed the forgoing paper with the Clerk of the Court using ECF system which will send notification of such filing on the attorneys of record.

/s/ Adrienne Monahan _____
Adrienne Monahan
Fahey Schultz Burzych Rhodes PLC
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-3202
amonahan@fsbrlaw.com