**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

JOHN HEYKOOP D/B/A EAGLE TOWING,

    Plaintiff,

v

FIRST LIEUTENANT JEFFREY WHITE; FIRST LIEUTENANT CHRIS MCINTIRE.

Defendants.
_____/

Case No.: 1:18-cv-00632

Hon. Robert J. Jonker

Mag. Phillip J. Green

John S. Brennan (P55431)
Christopher S. Patterson (74350)
FAHEY SCHULTZ BURZYCH RHODES PLC
Attorneys for Plaintiff
4151 Okemos Road
Okemos, Michigan 48864
Tel: (517) 381-0100
Fax: (517) 381-5051
jbrennan@fsbrlaw.com
cpatterson@fsbrlaw.com

Patrick S. Myers (P81444)
Assistant Attorney General
Attorney for Defendants
Complex Litigation Division
P.O. Box 30736
Lansing, MI   48909
Tel: (517) 373-6434
myersp4@michigan.gov

_____/

**ORDER TO STRIKE ELECTRONIC CASE FILING,**

**DOCUMENT NO. 46, FROM THE RECORD**

    This matter comes before the Court on joint motion by the parties to strike ECF Document No. 46 from the record as having been inadvertently filed and not in accordance with this Court's Order of Referral, dated August 7, 2018 (ECF #18).  For the reasons stated in the joint motion, the motion is GRANTED.

It is hereby ORDERED that ECF Document No. 46 be stricken from the record has having been inadvertently filed rather than transmitted to the ADR Administrator.

Dated: _____        _____
                                              HON. ROBERT J. JONKER
                                              United States District Judge

Agreed as to form and substance:

 /s/ John S. Brennan_____        /s/ Patrick S. Myers_____
John S. Brennan (P55431)                  Patrick S. Myers (P81444)
Attorney for Plaintiff                    Attorney for Defendants

Dated: February 26, 2019                  Dated: February 26, 2019