UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP d/b/a EAGLE TOWING,

    Plaintiff,

                                             CASE NO. 1:18-CV-632

v.

                                             HON. ROBERT J. JONKER

FIRST LIEUTENANT JEFFREY WHITE;
FIRST LIEUTENANT CHRIS MCINTIRE,

    Defendants.
_____/

## ORDER

The parties move to strike Docket Entry # 46. The item was filed by one of the Court's Facilitative Mediators. It reports a settlement of the case through Facilitative Mediation. The filing appears to have been an error because the case actually went through Case Evaluation, not Facilitative Mediation. Moreover, the content of Docket Entry # 46 is consistent with Case Evaluation.

Once an item is filed with the Court – mistakenly or not – it becomes a Court record and cannot simply be removed. It can be corrected or disregarded as necessary. Moreover, it can be sealed when the content should not be a matter of public record.

Accordingly, the Court directs the Clerk to seal Docket Entry # 46, and note that description of the entry is erroneous and should be disregarded.

    **IT IS SO ORDERED**.

Dated:   February 27, 2019        /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE