UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP doing business as
EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, DAVID
ROESLER, JEFFREY WHITE, and
CHRIS McINTIRE,

    Defendants.

NO. 1:18-cv-00632

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Christopher Scott Patterson (P74350)
John Seamus Brennan (P55431)
Fahey Schultz Burzych Rhodes PLC
Attorney for Plaintiff
4151 Okemos Road
Okemos, MI  48864
517.381.0100

Patrick S. Myers (P81444)
Assistant Attorney General
Attorney for Defendant
Complex Litigation Division
P.O. Box 30736
Lansing, MI  48909
517.335.3055

---

## DEFENDANTS JEFFREY WHITE AND CHRIS MCINTIRE'S MOTION FOR SUMMARY JUDGMENT

Defendants Jeffrey White and Chris McIntire, through the undersigned attorney, bring this motion under Fed. R. Civ. P. 56, based on the grounds set forth in Defendants' accompanying brief.

In compliance with Local Civil Rule 7.1(d) of the U.S. District Court for the Western District of Michigan, concurrence in the relief requested was sought from counsel for Plaintiff on March 28, 2019.  Counsel for Plaintiff indicated Plaintiff is opposed to the relief requested.

Defendants White and McIntire respectfully request that this Court (1) grant qualified immunity, (2) dismiss with prejudice all claims against Defendants, and (3) grant any other appropriate relief.

        Respectfully submitted,

        Dana Nessel
        Attorney General

        *s/Patrick S. Myers*
        Patrick S. Myers (P81444)
        Assistant Attorney General
        Attorney for Defendants
        Complex Litigation Division
        P.O. Box 30736
        Lansing, MI 48909
        517.335.3055
        myersp4@michigan.gov
        P81444

Dated: March 29, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

        *s/Patrick S. Myers*
        Patrick S. Myers
        Assistant Attorney General
        Attorney for Defendants