*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

**INDEX OF EXHIBITS**

Exhibit 1.................................................................MSP Official Order Preamble

Exhibit 2..............................Deposition of First Lieutenant Jeffrey White (Excerpt)

Exhibit 3............................ Deposition of First Lieutenant Chris McIntire (Excerpt)

Exhibit 4.................................. Plaintiff's Responses to Defendants' Interrogatories

Exhibit 5.........................................................Deposition of John Heykoop (Excerpt)

Exhibit 6........................................................Complaints Regarding Eagle Towing

Exhibit 7....Summary of Mason-Oceana County 911 Central Dispatch Investigation

Exhibit 8...................................................Letter from Sheriff Mast to Eagle Towing

Exhibit 9.........................................................................Email from Sheriff Mast

Exhibit 10......................................................... Email from First Lieutenant White

Exhibit 11............................Letter from First Lieutenant McIntire to Eagle Towing

Exhibit 12................................ Defendants' Responses to Plaintiff's Interrogatories

Exhibit 13......................................... MSP Incident Report 062-0006411-15 (Excerpt)