*John Heykoop dba Eagle Towing v Michigan State Police, et al*
**USDC-WD No: 1:18-cv-00632**
**Honorable Robert J. Jonker**
**Magistrate Judge Phillip J. Green**

# EXHIBIT 1

Case 1:18-cv-00632-RJJ-PJG   ECF No. 50-2 filed 03/29/19   PageID.282   Page 1 of 2

VII

Official Order No. 1
August 14, 2003

## PREAMBLE TO RULES AND REGULATIONS

By virtue of the authority vested in the Director of the Department of State Police, pursuant to the authority granted in Michigan Compiled Laws Chapters 28, 29, 30, and 338 as amended, and in accordance with Civil Service Rules and Regulations, the following rules and regulations are prescribed and shall govern the administration of the department and the conduct of its members. These rules and regulations shall be followed except under circumstances or in situations deemed by the Director to be in the best interest of the department to do otherwise.

These rules and regulations are intended for the guidance of members so they may be informed of the operations of their department, their responsibilities, and the code of ethics they are expected to observe. Therefore, each member is directed to read and become familiar with these rules and regulations.

In establishing such rules and regulations, it is impossible to anticipate every possible situation; however, the lack of a rule or regulation shall not lessen the requirement that personal conduct shall be at all times well within the bounds of propriety and that discretion and good judgment shall be exercised in the performance of duty.

Members may be cited for violation of any of these rules and regulations or the provisions of any department Official Order.

Members must remember to fulfill the trust that has been placed in them to serve the people well and faithfully. It is both our privilege and obligation to carry on the fine traditions that have won esteem and prestige for the Michigan Department of State Police and have made the organization a symbol of service.