*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - -

```
                                    )
JOHN HEYKOOP doing business as      )
EAGLE TOWING,                       )
                                    )
                    Plaintiff,      )
                                    )
     -vs-                           )No. 1:18-cv-00632
                                    )Judge Jonker
MICHIGAN STATE POLICE, DAVID        )Mag. Green
ROESLER, JEFFREY WHITE, and         )
CHRIS McINTIRE,                     )
                                    )
                    Defendants.     )
```
- - - - - - - - - - - - - - - - - -


D E P O S I T I O N

of JOHN HEYKOOP, the Plaintiff called by

Defendants, taken before Tamara Staley Heckaman,

Certified Shorthand Reporter and Notary Public, at

4151 Okemos Road, Okemos, Michigan, on Thursday,

March 7, 2019, set for the hour of 3:00 p.m.


HECKAMAN & NARDONE, INC.
Certified Shorthand Reporters
P.O. Box 27603
Lansing, Michigan 48909
(517) 349-0847
theckaman@live.com

Page 2

```
 1   APPEARANCES:
         FAHEY SCHULTZ BURZYCH RHODES, PLC
 2       4151 Okemos Road
         Okemos, Michigan 48864
 3       By
         JOHN SEAMUS BRENNAN, J.D.
 4
             On behalf of Plaintiff.
 5
         MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
 6       Complex Litigation Division
         P.O. Box 30736
 7       Lansing, Michigan 48909
         By
 8       PATRICK S. MYERS, J.D.
 9           On behalf of Defendants.
10       Also Present:  Andrew Heykoop
11
12
13              EXAMINATION INDEX
14   ATTORNEY'S NAME  EXAMINATION RE-EXAMINATION
15   BY MR. MYERS:      3
16         *     *     *
17             INDEX OF EXHIBITS
18   EXHIBIT                    MARKED
19   No. 1 Eagle Towing Rage sheets       8
20   No. 2 Eagle Towing's 2012 Schedule C    14
21   No. 3 Plaintiff's Responses to      21
22      Defendants' First Set of Interrogatories
23      and Requests to Produce
24   No. 4 E-mail and letter from Ray Hasil  24
25      to Andrew Heykoop and Eagle Towing
```

Page 3

```
 1           Okemos, Michigan
 2           Thursday, March 7, 2019
 3           2:56 p.m.
 4           R E C O R D
 5           JOHN HEYKOOP,
 6     having been duly sworn, testified as follows:
 7           EXAMINATION
 8   BY MR. MYERS:
 9      Q.   Good afternoon.  My name is Patrick
10   Myers.  I represent Lieutenants White and -- Jeff
11   White and Chris McIntire in the case of Heykoop
12   versus White, case number 18-cv-632, in the
13   Western District of Michigan.  By agreement of the
14   parties this deposition was adjourned from
15   February 28th, 2019.
16          Could you please state your full
17   name and spell your last name for the court
18   reporter?
19      A.   John Edward Heykoop, H-e-y-k-o-o-p.
20      Q.   Mr. Heykoop, have you ever had your
21   deposition taken before?
22      A.   Yes.
23      Q.   You have, okay.  So you know how it
24   works.  You're under oath.  Just make sure all of
25   your answers are verbal instead of nodding or
```

Page 4

```
 1   shaking your head.  If you don't understand a
 2   question please let me know and I'll try and
 3   rephrase it, and if you need a break at any time
 4   just let me know and we can take as many breaks as
 5   you want.
 6          Just so that we have some of your
 7   background, where did you grow up?
 8      A.   Where was I born?
 9      Q.   Sure.
10      A.   Born in Muncie, Indiana.
11      Q.   And did you grow up in Indiana?
12      A.   Seven years old moved to Michigan.
13      Q.   What was the highest level of education
14   you completed?
15      A.   High school.
16      Q.   High school, and where was that?
17      A.   Shelby, Michigan.
18      Q.   Shelby, Michigan.  Did you serve in the
19   military?
20      A.   No, sir.
21      Q.   Have you ever been convicted of a crime?
22      A.   No, sir.
23      Q.   Are you the sole owner of Eagle Towing?
24      A.   I am.
25      Q.   And how long have you owned Eagle Towing?
```

Page 5

```
 1      A.   I'm going to say around ten years but I'm
 2   not positive.
 3      Q.   And what are your current
 4   responsibilities with regard to Eagle Towing?
 5      A.   What do you mean by that?
 6      Q.   What do you do just day-to-day with
 7   regard to the company?  Do you -- are you running
 8   the day-to-day operations?
 9      A.   No.
10      Q.   Who runs the day-to-day operations?
11      A.   My son Andrew.
12      Q.   Are you in charge of making the big
13   decisions in the company?
14      A.   It depends on what you call big
15   decisions.  I mean, I'm not there sometimes, I'm
16   out in Arizona, so he takes care of a lot of
17   stuff.
18      Q.   How many employees does Eagle Towing
19   employ?
20      A.   I think four full time.
21      Q.   Four drivers or support staff?
22      A.   Yeah, four full time and then we've got
23   two or three guys that help us out at call-in, you
24   know, son-in-law and some people.
25      Q.   Do you own any other companies?
```

Page 10

1  the back has road service, towing, jump starts.
2     Q.  Are you aware of any other fee schedules?
3     A.  No.
4     Q.  Does Eagle Towing charge the same rates
5  for drivers that have insurance and drivers that
6  don't have insurance?
7     A.  No, I think somebody that doesn't have
8  insurance gets charged less.
9     Q.  Do you know what they get charged?
10    A.  No, I don't.
11    Q.  Is it on the -- is it on that -- in that
12 document?
13    A.  I don't see where it says it.  But most
14 of that will be like a car and this is saying
15 heavy duty here, so I don't think there's -- that
16 that would apply to what we're talking about, the
17 heavy duty, because that's car accidents and
18 that's not done with heavy duty for the ones that
19 don't have insurance.
20    Q.  Could you describe the difference between
21 heavy duty and light duty?
22    A.  Well, heavy duty is the semi wrecker and
23 light duty will be the little wrecker.
24    Q.  So different rates depending on the size
25 of the wrecker --

Page 11

1     A.  Correct.
2     Q.  -- is what you're telling me?
3     A.  Correct, correct.
4     Q.  To your knowledge how long was Eagle
5  Towing on the Michigan State Police Hart and
6  Rockford posts no-preference wrecker rotation
7  lists?
8     A.  Okay.  Now, I've been towing for -- since
9  1981.  Started out under the name Heykoop's Towing
10 and then somewhere in the -- and I'm not good at,
11 you know, dates.  I'm just -- somewhere in the
12 middle, back just before we got Eagle, I quit
13 towing for like a couple years and was going to
14 get out of it, and that's when he come along and
15 started doing it.  So back since '81 I've been
16 towing for Michigan State Police.  I think '81
17 is...
18    Q.  When you say he came along do you mean
19 Andrew Heykoop?
20    A.  My son, yeah, yeah.
21    Q.  Do you remember what year he started
22 working?
23    A.  Can I ask him something like that or not
24 because I honestly don't know?  I've got memory
25 problems.  I'm -- you know, I --

Page 12

1        MR. BRENNAN:  He's going to take his
2  deposition so let him answer, and if you don't
3  know you don't know.
4  BY MR. MYERS:
5     Q.  Yeah, if you don't --
6     A.  I mean, I'm not -- I don't want you to
7  think I'm running you in circles because I'm
8  really not because I -- my memory is not good
9  especially with times.  You know, I've got -- you
10 know, I know what happened, you know, two years in
11 there and --
12    Q.  That's fine.
13    A.  I'm going to guess that -- well, he's
14 30 -- do you want me to try to figure out when
15 he --
16    Q.  Oh, no.
17    A.  -- started working there?
18    Q.  No, if you don't know I'll take an I
19 don't know.
20    A.  I really don't.
21    Q.  I can just ask him so no problem.
22    A.  Okay.
23    Q.  Do you -- is Eagle Towing on any other
24 lawn enforcement agency's no-preference list?
25    A.  As of right now?

Page 13

1     Q.  As of right now.
2     A.  Yes, Rothbury, New Era, Shelby.  I think
3  that's it right now.
4     Q.  Those are the county sheriff's
5  no-preference lists; is that what you're telling
6  me?
7     A.  No, the ones I told you were cities.
8     Q.  Cities, okay.
9     A.  Cities is --
10    Q.  In that county?
11    A.  In Oceana County.
12    Q.  Okay.  Do you know what percentage of
13 Eagle Towing's tows just say in an average month
14 come -- would have come from that Michigan State
15 Police no-preference list?
16    A.  I really don't know.  I'd be -- yeah.
17       MR. BRENNAN:  As an aside, when we
18 dig into that I will be supplementing our
19 discovery responses to tell you what the answer to
20 that is so...
21       MR. MYERS:  Okay.
22       MR. BRENNAN:  We're not -- we can't
23 hide that ball if we wanted to so -- but I don't
24 want to and I just -- we have -- we're trying not
25 to do as much work as we can thinking that there

Page 22

```
 1  BY MR. MYERS:
 2   Q.  Is that your signature in the middle of
 3  the page?
 4   A.  It is.
 5   Q.  Okay.  Do you remember answering these
 6  questions?
 7   A.  Yes.
 8   Q.  In your answer to interrogatory number
 9  five you stated that you contacted --
10       MR. BRENNAN:  This is the response.
11  BY MR. MYERS:
12   Q.  That you contacted Shelby administrator
13  Chelsea Stratil about Shelby police chief Robert
14  Wilson's misconduct?
15   A.  That's correct.
16   Q.  Do you remember when that was?
17   A.  No, I don't.
18   Q.  Do you remember how you contacted her?
19   A.  I was talking to her in the office.
20   Q.  Which office is that?
21   A.  In the Village of Shelby's office.
22   Q.  So you were talking to her in person?
23   A.  Correct.
24   Q.  So she knew that it was you making the
25  complaint?
```

Page 23

```
 1   A.  That's correct.
 2   Q.  What did you tell her?
 3   A.  Well, I was upset that Bob Wilson
 4  wouldn't do my salvage vehicle inspections, so she
 5  was new at that time so I told her that I was
 6  upset he wouldn't do my vehicle inspections.  And
 7  she said what are you talking about?  The Village
 8  of Shelby don't do vehicle inspections.
 9       She wasn't aware of it because he
10  wasn't running them through the office.  He was
11  running them through himself.  And so when she got
12  looking into it she found out that he'd done like
13  700 of them or something that -- so then she
14  contacted I think the state police after that.
15   Q.  So you were aware of Chief Wilson's
16  actions through your personal dealings with him?
17   A.  Correct.
18   Q.  Did you talk to Lieutenant White about
19  Chief Wilson?
20   A.  No.
21   Q.  Did you talk to Lieutenant McIntire about
22  Chief Wilson?
23   A.  No.
24   Q.  Did you ask Ms. Stratil to contact
25  Lieutenant White or Lieutenant McIntire?
```

Page 24

```
 1   A.  No.
 2   Q.  Did you ask her to pass that complaint on
 3  to anyone?
 4   A.  I don't think so.  I'm not sure how it
 5  went.  We got talking and I think she -- she
 6  realized that she had to do something about it.
 7  She knew about it and then...
 8   Q.  If you'd go back for a minute, you said
 9  you also own Quinn's Towing, correct?
10   A.  Correct.
11   Q.  Is Quinn's Towing on any MSP Michigan
12  State Police no-preference lists?
13   A.  It is.
14   Q.  And which posts -- post list is it on?
15   A.  Be the Hart, Mason County, one I believe.
16   Q.  Is Quinn's Towing on any local law
17  enforcement agencies no-preference list?
18   A.  City of Ludington.
19   Q.  Okay.
20   A.  Manis- -- or Scottville too I think.
21       MR. MYERS:  Would you mark this for
22  me, please?
23       (Whereupon Deposition Exhibit
24       No. 4 marked for identification.)
25  BY MR. MYERS:
```

Page 25

```
 1   Q.  I'm handing you what's been marked as
 2  Exhibit 4.  I believe earlier you testified that
 3  you did not -- you weren't aware of any complaints
 4  against Eagle Towing; is that correct?
 5   A.  Since the one of the lady with the
 6  car-deer accident.
 7   Q.  Okay.  Have you seen those documents
 8  before?
 9   A.  No.
10   Q.  So the first page is an e-mail from the
11  director of the 911 board to Andrew, your son
12  Andrew.  Did he tell you about that exchange?
13   A.  Let's see which one it's about.  Oh, this
14  e-mail?  I don't believe it.  Are you talking this
15  back here?
16   Q.  I believe the e-mail is referencing the
17  complaint.
18   A.  Let me read it real quick, then I'll know
19  if he told me or not.  Yes, I was aware of this
20  one.
21   Q.  Did Andrew tell you about that?
22   A.  Yes.
23   Q.  What did he tell you?
24   A.  That he called and was asking questions
25  and called some of our employees and was asking
```