*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 6



Mason – Oceana 911
Ray Hasil, Director
9160 N. Oceana Drive
Pentwater, MI 49449

Phone: (231) 869-7911
Fax: (231) 869-5857
E-MAIL: rhasil@mason-oceana911.org

November 7, 2016

**EXECUTIVE BOARD**

Chairman
Bob Farber
Sheriff
Oceana County

Vice Chairman
Kim Cole
Sheriff
Mason County

Treasurer
Robert Walker
Commissioner
Oceana County

Secretary
Matt Bryant
Hamlin Fire Dept

Mark Barnett
Chief
Ludington PD

Lance Corey
Director
Oceana County EMS

Greg Frick
Fire Chief
Walkerville FD

Dan Leimback
Chief
Hart PD

Wally Taranko
Commissioner
Mason County

Kevin Walk
IT Director
Life EMS

Jeff White
Commander
Hart MSP

Dear Eagle Towing,

On October 10, 2016, I received a phone call from Chip Van Faasen, Risk Advisor for Ottawa Kent Insurance. Mr. Van Faasen advised that he had information on what he believed to be an excessively high towing bill in the amount of $4,687.71, stemming from a vehicle fire on US 31 on October 1, 2016. Mr. Van Faasen supplied a copy of the invoice to me via e-mail on October 11, 2016.

A request for 2016 rates that was mailed to Eagle Towing around April 20, 2016 went unanswered. I have conducted a review of the towing rates we have on file for Eagle Towing from May 9, 2013 and compared them to the towing bill (invoice 6261). While I believe there was more involved with this wrecker call than can be compared to the Eagle 5/9/13 rate sheet, there are a number of items on the invoice that are of concern. In particular, 3 different 2-hour minimum charges that would require a minimum charge of $1,640.00 for a call regardless of the actual time required. At the very least, it seems as though the towing rates we show on file at 911 have changed dramatically.

In accordance with our Wrecker Policy, I will need to speak with both the owner of Eagle Towing and the wrecker driver(s) that responded to this call. I am sending a copy of the e-mail I received from Mr. Van Faasen as well as the invoice he supplied me. Please note that I will be out of the office beginning Thursday, November 10, 2016 and return on Wednesday, November 16, 2016.

Thank you for your attention to this matter.

Ray Hasil

December 20, 2016

Dear Mr. Ray Hasil and the 911 Board of Directors,

I am writing this letter as a written complaint to you for the excessive fees and costs that my insurance carrier, Meemic Insurance, had to pay for a very basic towing bill. My wife Michelle was involved in a car/deer accident on US 31 freeway near the Rothbury exit in the southbound lane on November 10, 2016. The car was drivable, but was leaking water. She contacted 911 and a tow truck from Eagle Towing was dispatched to tow the vehicle, a 2009 Ford Fusion.

Eagle towing towed our Fusion to their lot in Montague, MI, 5 miles away. It was a clear, dry day with no weather issues. Our Meemic Insurance representative notified us that Eagle Towing charged them $871.78. Meemic contacted another towing service to tow the vehicle to a body shop in Muskegon. That towing bill was for less than $200. We also learned that the other towing company had to pay Eagle Towing the $871.78 before they could move our vehicle.

I contacted Eagle Towing to ask about the bill. The person who answered was extremely rude and unprofessional. He kept stating that I needed to talk to the "operations manager." The operations manager was not available so I gave him my number to call me back. I never received a call back. I called the next day, same answer that I had to talk to the operation's manager. They still had my number but no one called me back. Our Meemic representative also called Eagle Towing to get a further breakdown on the bill, but the person at Eagle towing never returned a call to Meemic either.

I have attached included in this correspondence a copy of the bill, pictures of the car, tow truck and Sheriff patrol. The cost for towing and fees that were charged are outrageous. Both Meemic Insurance and I don't even understand the fees that were charged. We cannot get them to even discuss the bill. I would ultimately like Meemic to be reimbursed back some of those ridiculous charges.

Although this bill was paid by my insurance company, it is towing businesses like Eagle towing that raise insurance rates and we all end up paying more. I am recommending that the 911 Board do something to eliminate Eagle Towing to be on the list of towing companies that are dispatched by your operators. I will be contacting our lawmakers to introduce legislation to limit these types of towing charges.

I appreciate you considering my complaint.

Sincerely,

Dan Bauer    231 420-3867

Oceana Sherriff Mast

261 Lincoln ST.

Hart, MI 49420

November 9, 2017

    On October 27, 2017 Eagle Towing's Truck arrived to tow my damaged small car at the request of the Oceana Sherriff department after I called the department to report hitting a deer on US 31. I first requested to be towed to the Betten Chevy auto mechanic's garage in Muskegon. The tow truck driver said "that is not how it works. We will tow you to our storage yard and your insurance adjuster will look at your car there". He said he was not taking me to Muskegon after the car was loaded up on the flatbed and I was in his tow truck waiting to go. I did not know there was a certain process to accident repairs so I did not agrue. **He also did not give me a list of his fees and I had always had a fair and just tow truck driver who never charged me more than $100 per tow. I assumed I would be charged a reasonable fee. I had No idea I was being charged the highest prices in the State of Michigan.** They charged me over **$1300.00 for a simple 10 mile tow.** There was no accident clean up to charged me for, because the deer I hit flew off the road onto the shoulder and into the woods. These unfair prices drive up the cost of Michigan's auto insurance prices for everyone! These costs are already high enough

    This company must be stopped for its unfair charging practices and over charging fees. Private Citizens and Insurance companies should not the Sheriff of Oceana colluding with a company who charges anything but usual and customary towing and storage fees. The Oceana Sheriff's Department needs to take this towing company's name out of their rotation list ASAP! **How can the Sherriff send this tow truck out to citizens who are experiencing vehicular accidents and breakdowns knowing that this company over charges usual and customary fees by 400 percent?** The Sheriff's department should be a protector of the citizenship, so I ask, how can you continue to send this tow truck company when they charge $1300.00 for a simple 10 mile tow? Participating with companies who have unfair practices is not protecting the people you serve!

A copy of this letter will also be sent to the Attorney General State of Michigan and local new sources.

Sincerely,

Anne Barton Dempsey

*Anne Barton - Dempsey*