*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 8



# OCEANA COUNTY SHERIFF'S OFFICE

CRAIG MAST, SHERIFF  
216 LINCOLN ST., P.O. BOX 32  •  HART, MI 49420  •  

RYAN SCHILLER, UNDERSHERIFF  
PHONE: (231) 873-2121  
FAX: (231) 873-0154

November 9, 2017

Mr. John Heykoop  
Eagle Towing  
10255 Old Highway 31  
Montague, MI  49437

Re:  Car/Deer Accident Tow  
     October 27, 2017

Dear John:

Please be advised that it has been brought to my attention that some of Eagle Towing's business practices are not consistent with what I want to see with regard to the citizens of and individuals traveling through Oceana County. You will see attached hereto the most currently complaint brought to my attention regarding these practices, which I don't view as reasonable and do not approve of.

For this reason and similar prior incidents, I am removing Eagle Towing from the Oceana County Sheriff's Office wrecker rotation through Mason-Oceana Central Dispatch effective immediately.

Sincerely,


Craig Mast  
Sheriff

CM:vh