*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 9

11/20/2017        Oceana County Sheriff's Office Mail - Eagle Towing



Craig Mast &lt;mastc@oceanasheriff.net&gt;

## Eagle Towing
1 message

Craig Mast &lt;mastc@oceanasheriff.net&gt;        Thu, Nov 9, 2017 at 3:41 PM
To: "deputies@oceanasheriff.net" &lt;deputies@oceanasheriff.net&gt;, Ray Hasil &lt;rhasil@mason-oceana911.org&gt;, Jeff White &lt;whitej25@michigan.gov&gt;, Joseph Bizon &lt;oceanaprosecutor@gmail.com&gt;

Please see the attached documents. Eagle Towing is no longer on the Oceana County Sheriff's non-preference rotation list. Ray Hasil from Central Dispatch is also aware of this. If a driver requests Eagle Towing, please make that arrangement for them but other than that, they are not on our non-preference list until further notice.

--

*Sheriff Craig Mast*
Oceana Co. Sheriff's Office
216 Lincoln St.
Hart, MI 49420
(231)873-6763

📎 Scan0015.pdf
    1358K