*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 10

11/20/2017     Oceana County Sheriff's Office Mail - Eagle Towing



Craig Mast <mastc@oceanasheriff.net>

## Eagle Towing
1 message

**White, Jeffrey (MSP)** <WhiteJ25@michigan.gov>     Mon, Nov 13, 2017 at 11:45 AM
To: "Roesler, David W. (MSP)" <RoeslerD5@michigan.gov>
Cc: "Kanitz, Matt (MSP)" <KanitzM@michigan.gov>, Ray Hasil <rhasil@mason-oceana911.org>, "tmyers@mason-oceana911.org" <tmyers@mason-oceana911.org>, "mastc@oceanasheriff.net" <mastc@oceanasheriff.net>, "McIntire, Christopher (MSP)" <McIntireC@michigan.gov>, "Capling, Richard (MSP)" <CaplingR@michigan.gov>, "Clement, Adam (MSP)" <ClementA@michigan.gov>, "Hockanson, Charles (MSP)" <HockansonC@michigan.gov>, "Maki, Ryan (MSP)" <MakiR1@michigan.gov>, "Schmidt, Tom (MSP)" <SchmidtT4@michigan.gov>, "Sparks, Zachary (MSP)" <SparksZ@michigan.gov>, "Thomas, Daniel (MSP)" <ThomasD20@michigan.gov>, "Wilson, Gary (MSP)" <WilsonG12@michigan.gov>

The attached letter, removing Eagle Towing from the Hart Post no preference wrecker list, was sent by certified mail to Mr Heykoop today, FYI

F/Lt. Jeffrey White

Post Commander

Sixth District, Hart Post

Michigan State Police

3793 West Polk Road

Hart, MI 49420

TX: (231) 873-2171

Cell: ▇▇▇▇▇▇▇

"A PROUD tradition of SERVICE through EXCELLENCE, INTEGRITY, and COURTESY"



📎 Heykoop.pdf
   124K