*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 11



STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
LANSING

RICK SNYDER
GOVERNOR

COL. KRISTE KIBBEY ETUE
DIRECTOR

December 14, 2017

Mr. John Heykoop
EAGLE TOWING
10255 Old Highway 31
Montague, MI 49437

RE: Rockford Post 61 No Preference Wrecker List

Dear Mr. Heykoop,

Please be advised that as of this date, December 14, 2017, Eagle towing has been removed from the Michigan State Police Rockford Post 61 No Preference Wrecker list. Your removal from the list is a direct result of the unacceptable service that you have provided within the post area.

Sincerely,


F/Lt. Chris McIntire, Post Commander
Michigan State Police
Rockford Post 61

cc: File