*John Heykoop dba Eagle Towing v Michigan State Police, et al*
USDC-WD No: 1:18-cv-00632
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

# EXHIBIT 13

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Tue, Dec 22, 2015 | INCIDENT NO:<br>062-0006411-15 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1400 | FILE CLASS:<br>27000 |

| WORK UNIT:<br>MSP HART POST | | COUNTY:<br>OCEANA | |
|---|---|---|---|
| COMPLAINANT:<br>CHELSEA CHRISTINE STRATIL | | TELEPHONE NO:<br>(231) 861-4400 | |
| ADDRESS: STREET AND NO:<br>218 N. MICHIGAN AVE | CITY:<br>SHELBY | STATE:<br>MI | ZIP CODE:<br>49455 |
| INCIDENT STATUS:<br>OPEN | | | |

## EMBEZZLEMENT BY A PUBLIC OFFICIAL

### INFORMATION:

Chelsea Stratil contacted the post on 12-18-15 to report an Embezzlement. I was out of the office and not available to take the information at that time. I met with Stratil and Bryon Mazade on 12-22-15 at 1400 in my office and began an investigation.

### SUMMARY:

Chelsea Stratil, the village administrator of Shelby, reported an embezzlement complaint regarding the village police chief, Robert Wilson. The allegation is that Wilson has conducted 700 salvage vehicle inspections since 12-21-2013 and that each of those inspections has a $100 fee that is required by law to be turned over to the police department the inspector works for. Stratil advised that none of the $70,000 worth of fees has been turned over to the Shelby Police Department and that Wilson admitted that because he did the inspections off duty. There is no provision in the law that allows for the officer to keep the fee if conducted off duty.

### VENUE:

36, 3RD, SHELBY, OCEANA, MI

### DATE & TIME:

12/21/2013 AT 1200

### COMPLAINANT:

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 3 | JOHNSON, DAVID, 16, D/SERGEANT | | |

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Tue, Dec 22, 2015 | INCIDENT NO:<br>062-0006411-15 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1400 | FILE CLASS:<br>27000 |

NAM: CHELSEA CHRISTINE STRATIL  EMP: VILLAGE OF SHELBY
BIR:  RAC: White  ETH:
NBR: 218  DIR:  SEX: Female  DL: /
STR: N. MICHIGAN  DOB: ▮▮▮▮  SSN:
SFX: Avenue  HGT:  SI: /
CTY: SHELBY  ST: MI  WGT:  FBI:
TXH:  ZIP: 49455  HAI:  MNU:
TXW: (231) 861-4400 / 3  EYE:  PR:
SMT:

**SUSPECT:**

NAM: ROBERT GLEN WILSON JR  EMP:
BIR:  RAC: White  ETH: Other
NBR: ▮  DIR:  SEX: Male  DL: /
STR: ▮  DOB: ▮▮▮  SSN:
SFX: ▮  HGT: 6'00"  SI: /
CTY: ▮  ST: ▮  WGT: 350  FBI:
TXH: ▮  ZIP: ▮  HAI: Gray  MNU:
TXW:  EYE: Blue  PR:
SMT:

**VICTIM:**

BUSINESS NAME: VILLAGE OF SHELBY
ADDRESS:
  36 3RD ST          CODE: Government
  SHELBY 49455 MI

**WITNESS:**

NAM: BRYON LEE MAZADE  EMP: VILLAGE OF SHELBY
BIR:  RAC: White  ETH:
NBR: 218  DIR:  SEX: Male  DL: /
STR: N. MICHIGAN  DOB: ▮▮▮  SSN:
SFX: Avenue  HGT:  SI: /
CTY: SHELBY  ST: MI  WGT:  FBI:
TXH:  ZIP: 49455  HAI:  MNU:
TXW:  EYE:  PR:

| PAGE:<br>2 of 3 | INVESTIGATED BY:<br>JOHNSON, DAVID, 16, D/SERGEANT | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Tue, Dec 22, 2015 | INCIDENT NO:<br>062-0006411-15 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1400 | FILE CLASS:<br>27000 |

## EXTERNAL DOCUMENT:

15 (fifteen) pages of Michigan Department of State Salvage Vehicle Inspection Inventory Forms submitted by Robert Wilson.

6 (six) pages of Village of Shelby Employee Time Card copies for Robert Wilson.

## STOLEN:

Prop 0001 - Qty: 70000   Type: Treasury Bill   Denomination: 1   Issue Date:   Maturation Date:   High Serial #:   Low Serial #:   Value: $70000.00
Descrp: APPROXIMATELY $70,000 DOLLARS WORTH OF SALVAGE VEHICLE INSPECTION FEES.

## STATUS:

OPEN, pending supplemental reports to add complainant and witness interviews.

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 3 of 3 | JOHNSON, DAVID, 16, D/SERGEANT | | |

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Tue, Dec 22, 2015 | INCIDENT NO: 062-0006411-15 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0001 | SUPPLEMENTARY DATE: Thu, Jan 28, 2016 | FILE CLASS: 27000 |

INCIDENT STATUS:
OPEN

## EMBEZZLEMENT BY A PUBLIC OFFICIAL

### RE-INTERVIEW COMPLAINANT (STRATIL):

I re-interviewed Chelsea Stratil on 01-06-16 at 0945 at the Hart Post. I asked Stratil if any additional paperwork had been located. She said they have been unable to locate any of the inspections forms. She further advised that she asked the acting chief, Terry Tenbrink, to look for the paperwork and he has been unable to locate anything.

I asked Stratil to explain the whole situation to me again. She said that sometime around October of 2015 an anonymous person informed her that Robert Wilson was doing salvage vehicle inspections and that the city should be receiving the funds. Stratil then began the process of obtaining the paperwork from the Michigan Department of State. She got the inspection inventory on December 15th. She first brought the allegations to the attention of the personnel committee because they had a meeting that evening. On December 16th she spoke with the village council president, Paul Inglis, and they agreed to call in Wilson and ask him about it. They also decided to wait until they could include Ben Michalko because he is the personnel committee chair. The three of them and Bryon Mazade met with Wilson on December 16th around 1300. Stratil said that as soon as she pulled out the inspection forms, Wilson stated "I've never done these on village time". He informed them that he was trained as a salvage inspector and certified at a class completed at Shelby Public Schools in 1995.

Stratil asked Wilson how he was paid for the inspections and he responded that he accepted cash or a check written to him. Michalko asked Wilson if he had an agreement with anyone regarding this situation and Wilson replied "no". Michalko asked if he had an agreement with a prior village council and he said he didn't. Wilson admitted to doing the inspections and keeping the money. He told them he didn't know it was supposed to go to the village. He said he received "$100 for most all of them, and a few he did for free".

Stratil informed Wilson that she needed to have all his inspection reports by Friday the 18th. Wilson told her he may have a few around at home, but he threw away everything prior to 2015. Stratil informed me that she never saw Wilson after that and that the forms have not been turned in or located.

Stratil had a meeting with Detective Hasty (Oceana county Salvage Vehicle Inspector) on December 17th and found out more about the process and requirements. Later the same day she met with Hasty, Pros. Bizon, Paul Inglis and John Schrier (village attorney) and that is when they decided to contact the State Police.

| PAGE: 1 of 4 | INVESTIGATED BY: JOHNSON, DAVID, 16, D/SERGEANT | INVESTIGATED BY: JOHNSON, DAVID, 16, D/SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 6/22/2018 09:53

Resp.1st.Req_0032