# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

_____

JOHN HEYKOOP D/B/A EAGLE TOWING,

    Plaintiff,

v

FIRST LIEUTENANT JEFFREY WHITE; FIRST LIEUTENANT CHRIS MCINTIRE.

Defendants.
_____/

Case No.: 1:18-cv-00632

Hon. Robert J. Jonker

Mag. Phillip J. Green

John S. Brennan (P55431)
Christopher S. Patterson (74350)
FAHEY SCHULTZ BURZYCH RHODES PLC
Attorneys for Plaintiff
4151 Okemos Road
Okemos, Michigan 48864
Tel: (517) 381-0100
Fax: (517) 381-5051
jbrennan@fsbrlaw.com
cpatterson@fsbrlaw.com

Patrick S. Myers (P81444)
Assistant Attorney General
Attorney for Defendants
Complex Litigation Division
P.O. Box 30736
Lansing, MI  48909
Tel: (517) 373-6434
myersp4@michigan.gov
_____/

## PLAINTIFF'S MOTIONS TO AMEND THE COMPLAINT AND FOR PARTIAL SUMMARY JUDGMENT

Plaintiff John Heykoop, by and through his attorneys, Fahey Schultz Burzych Rhodes PLC, hereby moves pursuant to Federal Rule of Civil Procedure 15(a)(2) to amend the complaint to add a claim for violation of substantive Due Process, and pursuant to Rule 56 for partial summary judgment on counts one (equal protection),

1

three (procedural due process) and four (civil conspiracy) pleaded in Plaintiff's complaint:

1. The proposed amended complaint would add a count for a violation of 42 U.S.C. sec. 1986 for violation of Plaintiff's substantive Due Process rights, and is based upon facts and information ascertained through discovery, which has recently been closed, and will not prejudice Defendants as it is based upon facts that already support Plaintiff's other claims.

2. There are no genuine disputes as to any material facts and Plaintiff is entitled to judgment as a matter of law as more fully set forth in Plaintiff's Brief in Support of Motion for Partial Summary Judgment and its attached exhibits.

3. The undersigned counsel certifies under W.D. Mich LCivR 7.1(d) that he has reviewed the matters set forth herein with opposing counsel, and this motion shall be opposed.

WHEREFORE, Plaintiff requests relief as follows:

A. Plaintiff be permitted to amend his complaint to add a count alleging violation of his substantive Due Process rights;

B. Plaintiff be granted summary judgment for counts 1 and 3 under Federal Rule of Civil Procedure 56; and

C. Defendants be immediately and permanently enjoined to place Plaintiff on their no-Preference Towing Lists and to follow Michigan State Police Official Order 48.

> Respectfully submitted,
>
> /s/ John S. Brennan_____
> John S. Brennan (P55431)
> Fahey Schultz Burzych Rhodes PLC
> Attorney for Plaintiff
> 4151 Okemos Road
> Okemos, MI 48864
> (517) 381-3193

Dated: April 1, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019 I electronically filed the forgoing paper with the Clerk of the Court using ECF system which will send notification of such filing on the attorneys of record.

> /s/ Adrienne Monahan_____
> Adrienne Monahan
> Fahey Schultz Burzych Rhodes PLC
> 4151 Okemos Road
> Okemos, Michigan 48864
> (517) 381-3202
> amonahan@fsbrlaw.com