UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# MINUTES

| | |
|---|---|
| JOHN HEYKOOP, d/b/a, EAGLE TOWING, Plaintiff, v. JEFFREY WHITE, *et al.*, Defendants. | **CASE NO.** 1:18-cv-632<br>**DATE:** May 30, 2019<br>**TIME:** 10:01 a.m.-11:32 a.m.<br>**PLACE:** Grand Rapids<br>**JUDGE:** Hon. Robert J. Jonker |

## APPEARANCES

**PLAINTIFF(S):**
John Seamus Brennan

**DEFENDANT(S):**
Patrick Stephen Myers

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Hearing on Defendants' Motion for Summary Judgment (ECF No. 49) and Plaintiff's Motion for Leave to Amend and for Partial Summary Judgment (ECF No. 51); Order to follow.

COURT REPORTER:     Glenda Trexler          Margaret Khayat Bratt
                                                       Law Clerk