UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP, d/b/a
EAGLE TOWING,

    Plaintiff,

v.

JEFFREY WHITE, *et al.*,

    Defendants.
_____/

CASE NO. 1:18-cv-632

HON. ROBERT J. JONKER

## ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment (ECF No. 49) and Plaintiff's Motion for Leave to Amend and for Partial Summary Judgment (ECF No.51). The Court heard oral argument on the motions on May 30, 2019. Based on all matters of record, and for the reasons stated in detail on the record in open court, the Court finds that summary judgment is not appropriate as to Plaintiff's Procedural Due Process claim and that Defendants are entitled to summary judgment in their favor as to all remaining claims. The Court finds that amendment of the complaint is not warranted.

**ACCORDINGLY, IT IS ORDERED**:

1. Defendants' Motion for Summary Judgment (ECF No. 49) is **DENIED** to the extent Defendants seek summary judgment in their favor as to Plaintiff's Procedural Due Process claim and is **GRANTED** in all other respects.

2. Plaintiff's Motion for Leave to Amend and for Partial Summary Judgment (ECF No. 51) is **DENIED**.

Dated:   May 31, 2019          /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE