UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN HEYKOOP,

    Plaintiff,                                        Hon. Robert J. Jonker

v.                                                  Case No. 1:18-cv-00632-RJJ-PJG

JEFFREY WHITE, et al.,

    Defendants,
_____/

**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE**

       The Settlement Conference set in this matter for June 14, 2019, is rescheduled to **June 25, 2019, at 1:30 pm** with Magistrate Judge Phillip J. Green, 601 Federal Building, 110 Michigan Street N.W., Grand Rapids, Michigan.  In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Case Management Order entered on August 7, 2018 (ECF No. 17) remains in effect.  The confidential letters will be due three business days, via fax to 616-456-2074, before the rescheduled conference.

                                                                  PHILLIP J. GREEN
                                                                  United States Magistrate Judge

Date: June 12, 2019                                /s/ Jessica K. Wright
                                                        By:  Jessica K. Wright, Deputy Clerk