UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP doing business as
EAGLE TOWING,

    Plaintiff,

v

MICHIGAN STATE POLICE, DAVID
ROESLER, JEFFREY WHITE, and
CHRIS McINTIRE,

    Defendants.

NO. 1:18-cv-00632

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

| | |
|---|---|
| Christopher Scott Patterson (P74350)<br>John Seamus Brennan (P55431)<br>Fahey Schultz Burzych Rhodes PLC<br>Attorney for Plaintiff<br>4151 Okemos Road<br>Okemos, MI  48864<br>517.381.0100 | Mark E. Donnelly (P39281)<br>Assistant Attorney General<br>Attorney for Defendant<br>Complex Litigation Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>517.335.3055 |

**DEFENDANTS JEFFREY WHITE AND CHRIS
<u>MCINTIRE'S NOTICE OF APPEAL</u>**

Notice is hereby given that Defendants Jeffrey White and Chris McIntire appeal by right to the United States Court of Appeals for the Sixth Circuit from the May 31, 2019, Order (R. 57) entered by the District Court, which denied Defendants

their right to qualified immunity under federal law with respect to Plaintiff's Procedural Due Process claim.

                                     Respectfully submitted,

                                     Dana Nessel
                                     Attorney General

                                     *s/Mark E. Donnelly*
                                     Mark E. Donnelly (P39281)
                                     Assistant Attorney General
                                     Attorney for Defendants
                                     Complex Litigation Division
                                     P.O. Box 30736
                                     Lansing, MI  48909
                                     517.335.3055
                                     donnellym@michigan.gov
Dated: June 20, 2019                    P39281

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                     *s/Mark E. Donnelly*
                                     Mark E. Donnelly
                                     Assistant Attorney General
                                     Attorney for Defendants