UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN HEYKOOP,

      Plaintiff,                             Case No. 1:18-cv-0632

v.                                          Honorable Robert J. Jonker

JEFFREY WHITE, et al.,

      Defendants.

_____/

## **SHOW-CAUSE ORDER**

This matter is set for a settlement conference tomorrow before the undersigned judicial officer. (*See* Notice of Rescheduled Settlement Conference, ECF No. 58, PageID.555). In the June 12, 2019 Notice, the Court directed the parties to submit confidential settlement letters to the undersigned no later than three business days prior to the settlement conference. (*Id.* at PageID.555). The deadline for submitting the confidential letters was June 20, 2019.

On Friday, June 21, 2019, the undersigned's judicial assistant contacted counsel for each party by email advising them of their failure to submit their respective confidential letter and directing each counsel to provide the letter by email or telefacsimile by 4:00 p.m. that day. The Court timely received plaintiff's letter.

On Monday, June 24, 2019, the undersigned's judicial assistant again emailed counsel for defendants, directing them to submit their letters no later than 2:00 p.m.. No letters have been received, nor has counsel contacted the Court. The failure of the

parties to timely submit their respective confidential letter has deprived the undersigned judicial officer of the ability to prepare for the settlement conference. Proceeding under these circumstances is likely to prove counterproductive. Accordingly,

**IT IS ORDERED** that counsel for Defendants shall, **within seven days of the date of this order**, file a written explanation **SHOWING CAUSE** why he or she should not be held in contempt of court or otherwise sanctioned for his or her failure to timely submit the confidential letter.

**IT IS FUTHER ORDERED** that the settlement conference is adjourned to **Tuesday**, **July 2, 2019, at 9:30 a.m.**

**IT IS FURTHER ORDERED** that all other provisions of the CMO remain in effect, including the provisions concerning the settlement conference. (*See* CMO ¶ 7, ECF No. 17, PageID.182).

**IT IS SO ORDERED**.

Dated:  June 24, 2019              /s/ Phillip J. Green
                                   Phillip J. Green
                                   United States Magistrate Judge