*John Heykoop dba Eagle Towing v Michigan State Police, et al*
**USDC-WD No: 1:18-cv-00632**
**Honorable Robert J. Jonker**
**Magistrate Judge Phillip J. Green**

# EXHIBIT A

Email correspondence with Judicial Assistant

## Donnelly, Mark (AG)

**From:** Donnelly, Mark (AG)
**Sent:** Monday, June 24, 2019 3:25 PM
**To:** Jessica Wright
**Cc:** Barton, Brenda (AG); Todd, Wendy (AG)
**Subject:** RE: 1:18-cv-00632-RJJ-PJG Heykoop v. Michigan State Police et al
**Attachments:** Heykoop Confidential Letter to MJ Green.pdf

Hi Jessica,

     Here is the defendants' confidential letter. Please apologize to Judge Green for its tardiness as – given our appeal – I did not believe we were going forward with the settlement conference. We will see you tomorrow.

Mark Donnelly
Assistant Attorney General

PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION: The above communication may be protected by the attorney-client privilege and should be read by the intended recipient(s) only. Further distribution of this message beyond the intended recipient(s) may waive this privilege. If you feel that you have received this message in error, please contact the sender immediately.

**From:** Jessica Wright <[redacted]>
**Sent:** Monday, June 24, 2019 12:04 PM
**To:** Donnelly, Mark (AG) <donnellym@michigan.gov>; cpatterson@fsbrlaw.com; jbrennan@fsbrlaw.com; Myers, Patrick (AG) <MyersP4@michigan.gov>
**Cc:** Angie Doezema <[redacted]>; Susan Bourque <[redacted]>
**Subject:** RE: 1:18-cv-00632-RJJ-PJG Heykoop v. Michigan State Police et al

Good Morning Counsel,

I have spoken to Judge Green and he does not have any issues with starting the conference tomorrow at 1:00pm.

For those that have not already submitted your letters please submit your confidential letters no later than 2:00 pm today. You mail email or fax them to me.

Thank you,
Jessica Wright

**From:** Donnelly, Mark (AG) <donnellym@michigan.gov>
**Sent:** Friday, June 21, 2019 1:57 PM
**To:** Jessica Wright <[redacted]>; cpatterson@fsbrlaw.com; jbrennan@fsbrlaw.com; Myers, Patrick (AG) <MyersP4@michigan.gov>
**Cc:** Angie Doezema <[redacted]>; Susan Bourque <[redacted]>
**Subject:** RE: 1:18-cv-00632-RJJ-PJG Heykoop v. Michigan State Police et al

Hi Jessica,

      The defendants filed an appeal yesterday on the court's denial of their qualified immunity defense. Counsel for both parties believe this appeal automatically stays further proceedings in the district court. Mr. Brennan and I just tried to call you and are available this afternoon for a return call. Thanks.

Mark Donnelly
Assistant Attorney General

PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION: The above communication may be protected by the attorney-client privilege and should be read by the intended recipient(s) only. Further distribution of this message beyond the intended recipient(s) may waive this privilege. If you feel that you have received this message in error, please contact the sender immediately.

**From:** Jessica Wright <
**Sent:** Friday, June 21, 2019 1:48 PM
**To:** cpatterson@fsbrlaw.com; jbrennan@fsbrlaw.com; Donnelly, Mark (AG) <donnellym@michigan.gov>; Myers, Patrick (AG) <MyersP4@michigan.gov>
**Cc:** Angie Doezema <                                        > Susan Bourque <
**Subject:** 1:18-cv-00632-RJJ-PJG Heykoop v. Michigan State Police et al

Good Afternoon Counsel,

This matter is set for a settlement conference on Tuesday, June 25, 2019 at 1:30 pm. Per the Notice rescheduling the original conference (ECF No. 58) confidential letters were to be provided to Judge Green 3 business days prior to the conference (6/20). Please provide Judge Green with your letters no later than 4pm today so that he is able to prepare for this conference over the weekend.

Thank you,
Jessica Wright
Judicial Assistance
United States Magistrate Judge Phillip J. Green
Phone: 616-456-2309
Fax: 616-456-2074