## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 21, 2019

Mr. Mark E. Donnelly
Office of the Attorney General
P.O. Box 30736
Lansing, MI 48909

Mr. Christopher Scott Patterson
Fahey Schultz Burzych Rhodes
4151 Okemos Road
Okemos, MI 48864

Re: Case No. 19-1688, *John Heykoop v. MI State Police, et al*
Originating Case No. : 1:18-cv-00632

Dear Counsel,

This appeal has been docketed as case number **19-1688** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 5, 2019**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                          |
|------------|----------------------------------------------------------|
| Appellant: | Appearance of Counsel                                    |
|            | Civil Appeal Statement of Parties & Issues               |
|            | Disclosure of Corporate Affiliations                     |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

|           |                                                          |
|-----------|----------------------------------------------------------|
| Appellee: | Appearance of Counsel                                    |
|           | Disclosure of Corporate Affiliations                     |
|           | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                      Sincerely yours,

                                                      s/Jennifer Earl
                                                      Case Manager
                                                      Direct Dial No. 513-564-7066

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 19-1688

JOHN HEYKOOP, dba Eagle Towing

    Plaintiff - Appellee

v.

MI STATE POLICE; DAVID ROESLER, Captain, Michigan State Police

    Defendants

and

JEFFREY WHITE, First Lieutenant, Michigan State Police; CHRIS MCINTIRE, First Lieutenant, Michigan State Police

    Defendants - Appellants