UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP,

    Plaintiff,

v.

MICHIGAN STATE POLICE, et al.,

    Defendants.
_____/

Hon. Robert J. Jonker

Case No. 1:18-cv-0632-RJJ-PJG

## ORDER REGARDING SHOW-CAUSE ORDER

On June 24, 2019, the Court issued an Order to Show Cause why Defendants should not be held in contempt or otherwise disciplined for their failure to submit confidential letters, as ordered by the Court. (ECF No. 17, 58). Defendants filed their response to the show-cause order on June 25, 2019. (ECF No. 62).

The Court has reviewing Defendants' response. Accordingly,

**IT IS ORDERED** that the show-cause order entered on June 24, 2019, is **DISMISSED.**

**IT IS SO ORDERED**.

Date: June 26, 2019

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge