# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00632-RJJ | 7/2/2019 | 9:29 - 10:07 AM<br>10:53 - 10:54 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Heykoop v. Jeffery White et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| John Seamus Brennan | Plaintiff |
| Mark E. Donnelly | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Settlement Conference Held; case did not settle.

Portions Digitally Recorded
Deputy Clerk: A. Doezema