# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

_____

JOHN HEYKOOP D/B/A EAGLE TOWING,

    Plaintiff,

v

FIRST LIEUTENANT JEFFREY WHITE; FIRST LIEUTENANT CHRIS MCINTIRE.

Defendants.
_____/

Case No.: 1:18-cv-00632

Hon. Robert J. Jonker

Mag. Phillip J. Green

| | |
|---|---|
| John S. Brennan (P55431)<br>Christopher S. Patterson (74350)<br>FAHEY SCHULTZ BURZYCH RHODES PLC<br>Attorneys for Plaintiff<br>4151 Okemos Road<br>Okemos, Michigan 48864<br>Tel: (517) 381-0100<br>Fax: (517) 381-5051<br>jbrennan@fsbrlaw.com<br>cpatterson@fsbrlaw.com | Mark E. Donnelly (P39281)<br>Assistant Attorney General<br>Attorney for Defendants<br>PO Box 30736<br>Lansing, MI 48933<br>Tel: (517) 373-6434<br>donnellym@michigan.gov |

_____/

## **PLAINTIFF'S NOTICE OF CROSS-APPEAL**

Notice is hereby given that Plaintiff John Heykoop, dba Eagle Towing appeals by right to the United States Court of Appeal for the Sixth Circuit from the May 31, 2019, Order (R. 57) entered by the District Court, which 1) denied Plaintiff's Motion for Partial Summary Judgment, and 2) granted, in part, Defendants' motion for Summary Judgment.

1

                                                  Respectfully submitted,

Dated: July 3, 2019                        /s/ John S. Brennan
                                                  John S. Brennan (P55431)
                                                  Fahey Schultz Burzych Rhodes, PLC
                                                  Attorney for Plaintiff
                                                  4151 Okemos Road
                                                  Okemos, Michigan 48864

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 3, 2019 I electronically filed the forgoing paper with the Clerk of the Court using ECF system which will send notification of such filing on the attorneys of record.

                                                  /s/ Adrienne Monahan_____
                                                  Adrienne Monahan
                                                  Fahey Schultz Burzych Rhodes PLC
                                                  4151 Okemos Road
                                                  Okemos, Michigan 48864
                                                  (517) 381-3202
                                                  amonahan@fsbrlaw.com