UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HEYKOOP doing business as EAGLE TOWING, | NO. 1:18-cv-00632 |
| Plaintiff, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN STATE POLICE, DAVID ROESLER, JEFFREY WHITE, and CHRIS McINTIRE, | |
| Defendants. | |

| | |
|---|---|
| Christopher S. Patterson (P74350) | Mark E. Donnelly (P39281) |
| John S. Brennan (P55431) | Assistant Attorney General |
| Fahey Schultz Burzych Rhodes PLC | Attorney for Defendants |
| Attorneys for Plaintiff | Complex Litigation Division |
| 4151 Okemos Road | P.O. Box 30736 |
| Okemos, MI 48864 | Lansing, MI 48909 |
| (517) 381-0100 | (517) 335-3055 |

/

## WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that former Assistant Attorney General Patrick Myers (P81444) is withdrawing as counsel in this matter. Assistant Attorney General Mark E. Donnelly will appear on behalf of all Defendants in this matter.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    */s/Patrick S. Myers*
    Patrick S. Myers (P81444)
    Assistant Attorney General
    Attorney for Defendants
    MDOC Division

P.O. Box 30736  
Lansing, MI 48909  
517.335.3055  
myersp4@michigan.gov  
P81444

Dated: July 3, 2019

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on July 3, 2018, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

<i>/s/Patrick S. Myers</i>  
Patrick S. Myers (P81444)  
Assistant Attorney General  
Attorney for Defendants

2