**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 31, 2019

Mr. John S Brennan
Fahey Schultz Burzych Rhodes
4151 Okemos Road
Okemos, MI 48864

Mr. Mark E. Donnelly
Office of the Attorney General
of Michigan
P.O. Box 30754
Lansing, MI 48909

Mr. Christopher Scott Patterson
Fahey Schultz Burzych Rhodes
4151 Okemos Road
Okemos, MI 48864

Re:  Case No. 19-1747, *John Heykoop v. MI State Police, et al*
Originating Case No. : 1:18-cv-00632

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. Thomas Dorwin

Enclosure

No mandate to issue

Case No. 19-1747

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JOHN HEYKOOP, dba Eagle Towing

       Plaintiff - Appellee Cross-Appellant

v.

MI STATE POLICE; DAVID ROESLER, Captain, Michigan State Police

       Defendants

 and

JEFFREY WHITE, First Lieutenant, Michigan State Police; CHRIS MCINTIRE, First Lieutenant, Michigan State Police

       Defendants - Appellants Cross-Appellees

 

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

Motion for Voluntary Dismissal filed by the Appellant,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

          **ENTERED PURSUANT TO RULE 33,**
          **RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued: July 31, 2019