UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP,

      Plaintiff,

CASE NO. 1:18-CV-632

v.

HON. ROBERT J. JONKER

MICHIGAN STATE POLICE, et al.,

      Defendants.

_____/

### ORDER

On July 1, 2019, the Court entered a stay of trial court proceedings pending completion of the interlocutory appeal process. On July 31, 2019, the Court of Appeals entered an Order dismissing the appeal. The docket sheet of the Court of Appeals suggest the dismissal may be part of a settlement handled through the Circuit's mediation process, though the Order itself does not say that.

Because the appeal was dismissed, there is no further need for a stay in this Court. But because the appeal was dismissed without a mandate issuing, it is not clear what, if anything remains to be done in the case. If the case has actually been settled, presumably a stipulated dismissal will be in order here. On the other hand, if there are issues that remain to be litigated, a status conference and scheduling order may be needed.

Accordingly, the Court directs the parties to file a Joint Status Report not later than **August 23, 2019**, describing what, if anything, remains to be done in the case.

    **IT IS SO ORDERED**.

Date: <u>August 9, 2019</u>        /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE