UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HEYKOOP doing business as EAGLE TOWING, | NO. 1:18-cv-00632 |
| Plaintiff, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN STATE POLICE, DAVID ROESLER, JEFFREY WHITE, and CHRIS McINTIRE, | |
| Defendants. | |

| | |
|---|---|
| Christopher S. Patterson (P74350) | Mark E. Donnelly (P39281) |
| John S. Brennan (P55431) | Assistant Attorney General |
| Fahey Schultz Burzych Rhodes PLC | Attorney for Defendants |
| Attorneys for Plaintiff | Complex Litigation Division |
| 4151 Okemos Road | P.O. Box 30736 |
| Okemos, MI  48864 | Lansing, MI  48909 |
| (517) 381-0100 | (517) 335-3055 |

/

**JOINT STATUS REPORT**

In response to this Court's August 9, 2019 Order (R. 73) Plaintiff and Defendants, by counsel, state that Defendants' interlocutory appeal based upon qualified immunity remains pending in the Sixth Circuit Court of Appeals. Only Plaintiff's cross-appeal was voluntarily dismissed. The parties respectfully request that the district court proceedings remain stayed pending the outcome of Defendants' appeal.

Dated: August 19, 2019          *s/John S. Brennan (w/consent)*
                                John S. Brennan (P55431)
                                Attorney for Plaintiff


Dated: August 19, 2019          *s/Mark E. Donnelly (P39281)*
                                Mark E. Donnelly (P39281)
                                Attorney for Defendants