UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP,

    Plaintiff,

CASE NO. 1:18-CV-632

v.

HON. ROBERT J. JONKER

MICHIGAN STATE POLICE, et al.,

    Defendants.

_____/

# ORDER

On July 1, 2019, the Court entered a stay of trial court proceedings pending completion of the interlocutory appeal process.

On August 19, 2019, the parties filed a Joint Status Report indicating plaintiff's cross-appeal was voluntarily dismissed, but that defendants' interlocutory appeal based on qualified immunity remained pending before the appellate court.

The parties shall provide a status report to the Court as to the status of the appeal not later than **May 21, 2020**.

Date:   May 7, 2020                        /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE