UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEYKOOP d/b/a Eagle Towing,

    Plaintiff,

CASE NO. 1:18-CV-632

v.

HON. ROBERT J. JONKER

MICHIGAN STATE POLICE, et al.

    Defendants.
_____/

## ORDER

Based on the Joint Status Reports of the parties (ECF Nos. 74, 76), the stay remains in effect pending resolution of the interlocutory appeal.

Dated:  May 8, 2020        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE