# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00632-RJJ | 1/28/2021 | 3:08 - 3:20 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Heykoop v. White et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| John Seamus Brennan | Plaintiff |
| Mark E. Donnelly | Defendants White and McIntire |

## PROCEEDINGS

**NATURE OF HEARING:**

Status Conference held via Zoom; Amended CMO to issue.

Proceedings Digitally Recorded
Deputy Clerk:  A. Doezema