UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN HEYKOOP,

    Plaintiff,

v.

MICHIGAN STATE POLICE, et al.,

    Defendants,
_____/

Hon. Robert J. Jonker

Case No. 1:18-cv-00632-RJJ-PJG

## ORDER

This matter is before the Court on Plaintiff's joint motion for extension of time to complete discovery. (ECF No. 84). The Court being fully advised in the premises, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that the deadline for supplemental production of discovery shall be extended sixty days from the date of this order. All other deadlines originally set forth in the Amended Case Management Order (ECF No. 83) remain unchanged.

**IT IS SO ORDERED**.

Date: March 29, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge